# In the United States Court of Federal Claims

**No. 05-0162L**
**(Filed: December 2, 2005)**

FILED
DEC 2 2005
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **UNDERWOOD LIVESTOCK, INC.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## SCHEDULING ORDER

On November 22, 2005, the parties filed a joint motion to amend the Court's November 9, 2005, scheduling order to permit a limited amount of discovery prior to Defendant filing its motion for summary judgment. Good cause having been shown, the scheduling order is amended as follows:

| | | |
|---|---|---|
| 1. | **December 7, 2005** | Defendant will file its answer to the amended complaint. |
| 2. | **January 23, 2006** | The parties will file a joint preliminary status report. |
| 3. | **March 31, 2006** | Close of the initial limited discovery period in anticipation of Defendant's motion for summary judgment. |
| 4. | **April 18, 2006** | The Court will conduct a telephonic status call at **2:00 p.m. ET** to schedule further proceedings. |

It is so **ORDERED**.

Mary Ellen Coster Williams

**MARY ELLEN COSTER WILLIAMS**
**Judge**