# In the United States Court of Federal Claims

**No. 05-0162L**
**(Filed: January 27, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On January 23, 2006, the parties filed a Joint Preliminary Status Report pursuant to the Rules of the United States Court of Federal Claims, Appendix A, proposing a discovery plan. The Court sets the following schedule:

1. Discovery. Initial discovery shall close on **March 31, 2006**.

2. Status Conference. The Court will conduct a telephonic status conference on **April 18, 2006 at 2:00 p.m.** to discuss any outstanding issues.

3. Dispositive Motions. The parties shall file any dispositive motions on or before **May 2, 2006**, and any responses and replies thereto shall be filed in accordance with the Court's Rules.

4. Status Conference. The Court will conduct a telephonic status call on **June 27, 2006, at 2:00 p.m. ET** to discuss further proceedings in this case.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**