IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, | ) | No. 05-162 L |
| v. | ) | Judge Mary Ellen Coster Williams |
| UNITED STATES, Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff, Underwood Livestock, Inc., and Defendant, United States, hereby move to enlarge the summary judgment briefing schedule from May 2, 2006, to May 5, 2006. See January 27, 2006 Scheduling Order.

No previous enlargements of time have been requested.

As a result of some unexpected time commitments in other cases by the attorneys in this case, the parties seek a three-day enlargement of the summary judgment briefing schedule in order to complete cross-motions for summary judgment.

Wherefore, it is respectfully requested that the Court grant the parties request for a three-day enlargement of the summary judgment briefing schedule to May 5, 2006.

Dated: May 1, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s/ Martin Crowley________

MARTIN CROWLEY
American Legal Services
85 South LaVerne Street
Fallon, Nevada 89406
(775) 423-7088
Attorney of Record for Plaintiff

/s/ Kathleen L. Doster_______

KATHLEEN L. DOSTER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0481
Attorney of Record for Defendant