# EXHIBIT "C"

United States
to
Thomas Brackney

Elko 03164

U.S.LAND OFFICE, Elko, Nevada.
Filed Mar 1 24 at 9 O'clock AM

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Elko, Nevada, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Thomas Brackney has been established and duly consummated, in conformity to law, for the south half of the northwest quarter of Section twelve in Township twenty-two north of Range forty-seven east of the Mount Diablo Meridian, Nevada, containing eighty acres,

according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Calvin Coolidge, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Nineteenth day of February in the year of our Lord one thousand nine hundred and twenty-four and of the Independence of the United States the one hundred and forty-eight.

By the President: Calvin Coolidge

(SEAL)

By Viola B. Pugh, Secretary.

M. P. LeRoy

Recorder of the General Land Office.

RECORDED: Patent Number 932407

Filed for record at the request of Thomas Brackney, May 26th, 1924 at 1:40 P. M.

File No. 11173

Bert Acree

County Recorder.

CERTIFIED COPY
THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS 22ND DAY OF April, 2005
IDONNA M. TREVINO, COUNTY RECORDER

Book 57
Pg 494



THOMAS BRACKNEY, LOUISA BRACKNEY to JOHN HICKISON

THIS INDENTURE, made this 27 day of May, A. D. 1929, between THOMAS BRACKNEY and LOUISA BRACKNEY, husband and wife, both of Churchill county, State of Nevada, the parties of the first part, and JOHN HICKISON, of Lander County, State of Nevada, the party of the second part, WITNESSETH:

That the said parties of the first part, for and in consideration of the sum of Ten Dollars, lawful money of the United States of America, to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to his heirs and assigns, all those certain pieces or parcels of land, situate in the county of Lander, state of Nevada, described as follows, to wit: the South half of the Northwest quarter ($S\frac{1}{2}$ of $NW\frac{1}{4}$) of Section Twelve (12), Township Twenty-two (22) North, Range Forty-Seven (47) East, Mt. D. B. & M.; also, the possessory right to the two forty-acre lots situate immediately South of and contiguous to the foregoing lands;

TOGETHER with, all and singular, the water and water rights, dams, ditches and ditch rights, and all range rights and privileges, and the tenements, hereditaments and appurtenances, thereunto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof;

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances, unto the said party of the second part and to his heirs and assigns forever.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Thomas Brackney
Louisa Brackney

STATE OF NEVADA, )
) ss.
County of Churchill.)

On this 27 day of May, A. D. 1929, personally appeared before me, a notary public in and for the County of Churchill, State of Nevada, THOMAS BRACKNEY and LOUISA BRACKNEY, known to me to be the persons described in and who executed the foregoing instrument, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate above written.

(SEAL)

A. L. Haight
Notary Public.
My Commission expires Sept 15, 1929.

Filed for record at the request of John Hickison, June 5th., 1929 at 2 P. M.
File No. 13410.

Bert Acree
County Recorder.

THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS 22nd DAY OF April 2005
DONNA M. TREVINO, COUNTY RECORDER

2

JOHN HICKISON, Grantor,

to DEED

BERTRAND ARAMBEL and PETE ETCHEVERRY, Grantees.



THIS INDENTURE made the second day of January, One thousand nine hundred and forty-three between JOHN HICKISON, of the County of Lander, State of Nevada, the party of the first part, and BERTRAND ARAMBEL, and PETE ETCHEVERRY, of the County of Eureka, State of Nevada, the parties of the second part,

WITNESSETH: That the said party of the first part, in consideration of the sum of Four Thousand Four Hundred ($4,400.00) and no/100 Dollars, lawful money of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, does by these presents grant, bargain and sell unto the said party of the second part and to his heirs and assigns forever, all those certain lots, pieces or parcels of land situate in the County of Lander, State of Nevada, and bounded and described as follows, to-wit:

South Half of Northwest Quarter ($S\frac{1}{2}$ of $NW\frac{1}{4}$) of Section Twelve (12), Township Twenty Two (22) North, Range Forty-Seven (47) East, M. D. B. & M.;

Also Possessory Right to the two (2) Forty-Acre Lots immediately south and contiguous to the foregoing Lots, which property is commonly known as and referred to as the Brackney Place;

Northwest Quarter of the Southeast Quarter ($NW\frac{1}{4}$ of $SE\frac{1}{4}$) of Section Seventeen (17) and the Northwest Quarter of the Southwest Quarter ($NW\frac{1}{4}$ of $SW\frac{1}{4}$) of Section (21) Twenty-one, Township Twenty-two (22) North, Range Forty-eight (48) East, M. D. B. & M., being the same land described in Patents No. 1028631 and 857276;

Also, the Northeast Quarter of the Northeast Quarter ($NE\frac{1}{4}$ of $NE\frac{1}{4}$) of Section Thirty (30), Township Twenty-one (21) North, Range Forty-eight (48) East, M. D. B. & M., which property is located in Grubb Canyon; all in the County of Lander, State of Nevada.

TOGETHER WITH Water Rights as follows, to-wit:

Application No. 9085, represented by Certificate of Record No. 2049, for the water in Wood Canyon Spring, the point of diversion of which is the $NE\frac{1}{4}$ of $NW\frac{1}{4}$ of Section 30, Tp 22 N., R. 48 E., M. D. B. & M., recorded in Book 'A' of Water Claims, at Page 432;

Application No. 4613, represented by Certificate of Record No. 1656, for the water right in Underwood Canyon, the point of diversion of which is in the $NW\frac{1}{4}$ of $NE\frac{1}{4}$ of Section 7, T. 22 N., R. 48 E., M. D. B. & M., recorded in Book 'A' of Water Claims, at page 400;

Application No. 4758, represented by Certificate of Record No. 1657, for water right in Wood Canyon, the point of diversion of which is in the $SW\frac{1}{4}$ of $NE\frac{1}{4}$ of Section 23, T. 22 N., R. 47 E., M. D. B. & M., recorded in Book 'A' of Water Claims at page 401;

Application No. 7424, represented by Certificate of Record No. 1299, for water right known as Cottonwood Spring, the point of diversion of which is North 77 degrees, 10 minutes, 50 seconds, East 3913.6 feet distant from the Quarter Corner common to Sections 11 and 12 of T. 21 N., R. 47 E., or in the $SW\frac{1}{4}$ of the $NE\frac{1}{4}$ of Section 12, T. 21 N., R. 47 E., M. D. B. & M., recorded in Book 'A' of Water Claims, at page 376;

Application No. 7893, represented by Certificate of Record No. 1655, for water right known as Twin Springs, the point of diversion of which is in the $NW\frac{1}{4}$ of $SE\frac{1}{4}$ of Section 12, T. 22 N., R. 47 E., M. D. B. & M., recorded in Book 'A' of Water Claims, at page 399.

TOGETHER WITH any and all other water and/or water rights, range and/or range rights usually had and enjoyed by JOHN HICKISON, the Grantor, in connection with the real property heretofore described.;

TOGETHER WITH the tenements, hereditaments and appurtenances thereunto belonging or appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD the said premises, together with the appurtenances, unto the said party of the second part, and to his heirs and assigns forever.

IN WITNESS WHEREOF the said party of the first part has hereunto set his hand the day and year first above written.

John Hickison

($4.95 U. S. Documentary Stamps affixed and cancelled)

STATE OF NEVADA, ss.
COUNTY OF LANDER.

On this 2nd day of January, 1943, personally appeared before me, a notary public in and for the County of Lander, JOHN HICKISON, known to me to be the person described in and who executed the foregoing instrument, who acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned.

(SEAL) Howard E. Browne NOTARY PUBLIC
My Commission Expires February 26, 1945.

Filed for record at the request of Bertrand Arambel, January 2nd., 1943 at 3: 35 P. M.
File No. 21427.

County Recorder

THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS 22nd DAY OF April, 2005
DONNA M. TREVINO, COUNTY RECORDER

RECORDED AT REQUEST OF
Pioneer Title Insur. Co. of Nev.
April 30, 19 65 AT 4:15 P. M.
BOOK 7 OFFICIAL RECORDS PAGE 260
OF LANDER COUNTY, NEVADA
FILE NO. 42647 Ethelyn M. [signature]
COUNTY RECORDER

CERTIFIED COPY
THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS
22nd DAY OF April, 2005
IDONNA M. TREVINO, COUNTY RECORDER
[initials]

BOOK NO. 229 PAGE 736 079393

RPTT PAID $117.15
[signature]
Eureka County Recorder

$9535

GRANT, BARGAIN AND SALE DEED

R.P.T.T. $ 27.50
[illegible]

THIS INDENTURE, made and entered into this 1st day of November, 1974, by and between FILBERT ETCHEVERRY and MICHEL ETCHEVERRY, doing business under the firm name and style of EUREKA LIVESTOCK COMPANY, a partnership, First Parties; and DONALD R. SMITH and WILMA M. SMITH, his wife, of Asheville, North Carolina, Second Parties;

W I T N E S S E T H:

That the said First Parties, for and in consideration of the sum of TEN DOLLARS, ($10.00), lawful, current money of the United States of America, to them in hand paid by the said Second Parties, the receipt whereof is hereby acknowledged, do by these presents grant, bargain, sell, convey and confirm unto the said Second Parties as joint tenants with the right of survivorship and not as tenants in common, and the to the assigns of the said Second Parties and to the survivor of them, and to the heirs, executors, administrators and assigns of the survivor forever, all that certain real property known as the Ferguson Ranch lying in Lander and Eureka Counties, State of Nevada, more particularly described as follows:

Township 21 North, Range 48 East, M.D.B.&M.

Section 10: NE1/4 SW1/4; NW1/4 SE1/4; S1/2 SE1/4
19: SE1/4 SW1/4; S1/2 SE 1/4
29: N1/2 N1/2; S1/2 NW1/4; SW1/4 NE1/4
30: E1/2 NW1/4; NE1/4; NW1/4 SE1/4
35: NE1/4 SW1/4; NW1/4 SE1/4

Township 22 North, Range 47 East, M.D.B.&M.

Section 12: S1/2 NW1/4

Township 22 North, Range 48 East, M.D.B.&M.

Section 17: NW1/4 SE1/4
21: NW1/4 SW1/4

Subject to any easements of record.

TOGETHER WITH all buildings, fences, structures, improvements, barns, corrals and all other improvements located on said real property.

LAW OFFICES
EVANS & BILYEU
PROFESSIONAL CENTER
ELKO, NEVADA 89801



BOOK 50 PAGE 364

079393

5

BOOK NO. 129 PAGE 460

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances unto the said Second Parties as joint tenants with right of survivorship and not as tenants in common, and to the survivor of them and to the heirs and assigns of the survivor forever.

IN WITNESS WHEREOF, the said First Parties have hereunto set their hands the day and year first hereinabove written.

FILBERT ETCHEVERRY and MICHEL ETCHEVERRY,
doing business under the firm name
and style of EUREKA LIVESTOCK COMPANY,
a partnership

By Filbert Etcheverry
FILBERT ETCHEVERRY

By Michel Etcheverry
MICHEL ETCHEVERRY

STATE OF NEVADA )
) SS.
COUNTY OF ELKO )

On this 17th day of November, 1974, personally appeared before me, a Notary Public, FILBERT ETCHEVERRY and MICHEL ETCHEVERRY, doing business under the firm name and style of EUREKA LIVESTOCK COMPANY, a partnership, who acknowledged to me that they executed the foregoing instrument.

R. E. Scott
NOTARY PUBLIC

R. E. SCOTT
Notary Public - State of Nevada
Elko County, Nevada
Commission expires Jan. 21, 1978

RECORDED AT REQUEST OF
Evans & Bilyeu
Jan. 8, 1975 AT 2:10 P M
BOOK 129 OFFICIAL RECORDS PAGE 458
OF ELKO COUNTY, NEVADA
FEES PAID 22.50
[signature]
COUNTY RECORDER
FILE NO.

079399

RECORDED AT THE REQUEST OF Charles B. Evans, Jr.
on DEC. 16, 19 74 at 15 mins. past 11 A. M. in
Book 50 of OFFICIAL RECORDS, page 364-366, RECORDS OF
EUREKA COUNTY, NEVADA [signature] Recorder.
File No. 59535 Fee $ 5.00

FILE NO. 59535

CERTIFIED COPY
THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS 22ND DAY OF April, 2005
IDONNA M. TREVINO, COUNTY RECORDER

LAW OFFICES
EVANS & BILYEU
PROFESSIONAL CENTER
ELKO, NEVADA 89801



BOOK 50 PAGE 366

BK 408 PG 581 BK 408 PG 581

Dual Index Eureka Co. 07-080-02

WHEN RECORDED MAIL TO:

James F. Sloan
Attorney At Law
977 W. Williams Ave.
Fallon, Nv. 89406

05-240-02 & 05-240-03 Lander Co.

# QUITCLAIM DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $
( ) computed on full value of property conveyed, or
( ) computed on full value less value of liens and encumbrances remaining at time of sale.
( ) Unincorporated area: ( ) City of

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, WESTERN FARM CREDIT BANK

hereby REMISE(S), RELEASE(S), AND FOREVER QUITCLAIM(S) to:

DON BOWMAN, A Married Man, Dealing in his Sole and Separate Property

all that real property situated in the Counties of Lander and Eureka, State of Nevada, described as follows:

FOR REAL PROPERTY DESCRIPTION SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Dated: May 23, 1994

WESTERN FARM CREDIT BANK

By: [signature]
Ron McCammon, Asst. Vice President

WESTERN FARM CREDIT BANK ORGANIZED JULY 1st 1933 SEVENTH DISTRICT

STATE OF California)
COUNTY OF Sacramento)

On June 1, 1994, before me personally appeared Ron McCammon, Assistant Vice President personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal. (Seal)

Signature [signature]

OFFICIAL SEAL Andrea J. Turner NOTARY PUBLIC - CALIFORNIA SACRAMENTO COUNTY My Comm. Expires

Mail tax statements to: 

# EXHIBIT "A"

**Eureka County, Nevada**

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 21: Northwest Quarter (NW1/4) of the Southwest Quarter (SW1/4)

**Lander County, Nevada**

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 12: South Half (S1/2) of the Northwest Quarter (NW1/4)

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 17: Northwest Quarter (NW1/4) of the Southeast Quarter (SE1/4)

EXCEPTING THEREFROM the above parcels an undivided one-half interest in and to all petroleum, oil, natural gas or other hydro-carbon substances and any and all other mineral, minerals, or mineral rights, in, upon, or under said lands owned or possessed by the First Party, together with the right to enter on said land to prospect for, recover, and remove the same as reserved in Deed from Pete Etchverry, a widower, to Filbert Etcheverry and Michel Etcheverry, a Co-partnership doing business under the firm name and style of Eureka Livestock Company, recorded April 30, 1965 in Book 7 of Official Records, page 260, Lander County, Nevada records.

ASSESSOR'S PARCEL NUMBER FOR 2001 - 2002: 07-080-02
05-240-02
05-240-03

BOOK 347 PAGE 56
OFFICIAL RECORDS
Cow County Title
02 APR 25 PM 1:39
FILE NO. FEE $15.00

222299

LANDER COUNTY
Cow County Title
02 APR 25 PM 2:56
RECORDER
FEE 15.00

178068

BOOK 347 PAGE 057

# D E E D

THIS INDENTURE, made this 9th day of July, 1981, by and between DONALD R. SMITH and WILMA M. SMITH, husband and wife, parties of the first part, and DALTON WILSON, a single man, General Delivery, Eureka, Nevada 89316, party of the second part;

W I T N E S S E T H:

That the parties of the first part, for and in consideration of the sum of TEN DOLLARS ($10.00), lawful money of the United States of America, to them in hand paid by the party of the second part, the receipt whereof is hereby acknowledged, do by these presents grant, bargain and sell unto the party of the second part, and to his heirs, executors, administrators and assigns, forever, all that certain property situate in the County of Lander, State of Nevada, more particularly described as follows:

TOWNSHIP 22 NORTH, RANGE 47 EAST, MDB&M.

Section 12: S½NW¼

TOWNSHIP 22 NORTH, RANGE 48 EAST, MDB&M.

Section 17: NW¼SE¼

TOGETHER with any and all improvements situate thereon.

TOGETHER with any and all gas, oil, petroleum, geothermal or other mining or mineral rights in any way connected with or appertaining to the above described property.

TOGETHER with all water, water rights, dams, ditches, wells, rights of way and all other means for the use, diversion and conveyance of water, in any way appurtenant to the above described property, or any part thereof and now or heretofore enjoyed in connection therewith for irrigation, stock water, domestic or other purposes, including all vested water rights and all applications to appropriate water, certificates of appropriation, other permits issued by the office of the State Engineer of the State of Nevada.



ROSS P. EARDLEY
ATTORNEY AT LAW
450 IDAHO STREET • P.O. BOX 881
ELKO, NEVADA 89801
(702) 738-4046

TOGETHER with all [illegible] rights and grazing rights used or enjoyed or in any way connected with or appurtenant to the above described property or any part thereof, including, but not limited to, all rights or privileges now held by the Grantors to graze livestock on the public domain under permits granted by the United States Bureau of Land Management or the United States Forest Service which are attached to or used in connection with the above described real property. In this connection, the Grantors make no representation as to any so-called Forest Service Rights, but do represent that Grantors have a permit from the United States Bureau of Land Management commonly known as BLM rights for 1462 A.U.M.'s of grazing rights on the Underwood Unit and held in connection with the above described property. Grantors hereby agree that in connection with this Deed they do transfer and waive all of the said BLM rights in the said Underwood Unit to the Grantee, and to do all things necessary or required by the Bureau of Land Management to transfer said rights to the Grantee.

TOGETHER with the tenements, hereditaments and appurtenances thereunto belonging or appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

TO HAVE AND TO HOLD said premises, together with the appurtenances unto the party of the second part, and to his heirs, executors, administrators and assigns, forever.

IN WITNESS WHEREOF, the parties of the first part have hereunto set their hands the day and year first above written.

Donald R. Smith
DONALD R. SMITH

Wilma M. Smith
WILMA M. SMITH

STATE OF NEVADA )
: SS.
COUNTY OF )

On this 9th day of July, 1981, personally appeared before me DONALD R. SMITH and WILMA M. SMITH, who acknowledged that they executed the above instrument.

M. J. HILL
NOTARY PUBLIC-STATE OF NEVADA
COUNTY OF NYE
My Appointment Expires ... 1983

M. J. Hill
NOTARY PUBLIC

OFFICIAL RECORDS
LANDER COUNTY
RECORD REQUESTED BY
Frontier Title Co.
81 AUG 7 P3:16
107858
FEE $19.15 ... 83

BK 500 PG 602

APN: 07-080-02;05-240-02
05-240-03

# GRANT, BARGAIN AND SALE DEED

Exempt # 3

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

DON BOWMAN, a married man as his sole and separate property

do(es) hereby GRANT, BARGAIN and SELL to

UNDERWOOD LIVESTOCK , INC., a Nevada Corporation

the real property situate in the County of LANDER , State of Nevada, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

TOGETHER with all tenaments, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Dated: April 04, 2002

Don Bowman
DON BOWMAN

STATE OF NEVADA
County of MINERAL } ss.

On April 9, 2002 personally appeared before me, a Notary Public,
Don Bowman

personally known or proved to me to be the persons whose names are subscribed to the above instrument, who acknowledged that he/she/they executed the above instrument.

Don Rita Rice
Notary Public DON-RITA RICE

My Commission expires: 1/12/03

DON-RITA RICE
Notary Public - State of Nevada
Appointment Recorded in Mineral County
No: 99-47??-13 - EXPIRES JAN. 12, 2003

RECORDING REQUESTED BY:

COW COUNTY TITLE CO.
Order No.: 17024184

WHEN RECORDED MAIL TO:

[illegible]

Underwood Livestock, Inc.
P. O.Box 74
Austin, NV 89310

SPACE BELOW THIS LINE FOR RECORDER'S USE

BOOK 347 PAGE 056

10

BK500066UJ

# EXHIBIT "A"

**Eureka County, Nevada**

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 21: Northwest Quarter (NW1/4) of the Southwest Quarter (SW1/4)

**Lander County, Nevada**

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 12: South Half (S1/2) of the Northwest Quarter (NW1/4)

TOWNSHIP 22 North, Range 48 East, M.D.B.&M.

Section 17: Northwest Quarter (NW1/4) of the Southeast Quarter (SE1/4)

EXCEPTING THEREFROM the above parcels an undivided one-half interest in and to all petroleum, oil, natural gas or other hydro-carbon substances and any and all other mineral, minerals, or mineral rights, in, upon, or under said lands owned or possessed by the First Party, together with the right to enter on said land to prospect for, recover, and remove the same as reserved in Deed from Pete Etchverry, a widower, to Filbert Etcheverry and Michel Etcheverry, a Co-partnership doing business under the firm name and style of Eureka Livestock Company, recorded April 30, 1965 in Book 7 of Official Records, page 260, Lander County, Nevada records.

ASSESSOR'S PARCEL NUMBER FOR 2001 - 2002: 07-080-02
05-240-02
05-240-03

CERTIFIED COPY
THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.
WITNESS MY HAND AND SEAL THIS
22ND DAY OF April, 2005
IDONNA M. TREVINO, COUNTY RECORDER

BOOK 347 PAGE 56
OFFICIAL RECORDS
RECORDED AT THE REQUEST OF
Cow County Title
02 APR 25 PM 1:39
EUREKA COUNTY NEVADA
M.N. REBALEATI, RECORDER
FILE NO. FEES $15.00

222299

OFFICIAL RECORDS
LANDER CO. NEV
RECORD REQUESTED BY
Cow County Title
02 APR 25 PM 3:56
IDONNA M. TREVINO
RECORDER
FEE 15.00 DEP

178068

BOOK 347 PAGE 057

**EXHIBIT "D"**

United States
to
Thomas Brackney

Elko 03164

U.S.LAND OFFICE, Elko, Nevada.

Filed Mar 1 24 at 9 O'clock AM

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Elko, Nevada, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Thomas Brackney has been established and duly consummated, in conformity to law, for the south half of the northwest quarter of Section twelve in Township twenty-two north of Range forty-seven east of the Mount Diablo Meridian, Nevada, containing eighty acres,

according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Calvin Coolidge, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Nineteenth day of February in the year of our Lord one thousand nine hundred and twenty-four and of the Independence of the United States the one hundred and forty-eight.

By the President: Calvin Coolidge

(SEAL)

By Viola B. Pugh, Secretary.

M. P. LeRoy

Recorder of the General Land Office.

RECORDED: Patent Number 932407

Filed for record at the request of Thomas Brackney, May 28th, 1924 at 1:40 P. M.

File No. 11175

Bert Acree

County Recorder.

CERTIFIED COPY

THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.

WITNESS MY HAND AND SEAL THIS 22nd DAY OF April, 2005

IDONNA M. TREVINO, COUNTY RECORDER

**EXHIBIT "E"**

United States
to
Thomas Brackney

Elko 03164

U.S.LAND OFFICE, Elko, Nevada.
Filed Mar 1 24 at 9 O'clock AM

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Elko, Nevada, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Thomas Brackney has been established and duly consummated, in conformity to law, for the south half of the northwest quarter of Section twelve in Township twenty-two north of Range forty-seven east of the Mount Diablo Meridian, Nevada, containing eighty acres,

according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Calvin Coolidge, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Nineteenth day of February in the year of our Lord one thousand nine hundred and twenty-four and of the Independence of the United States the one hundred and forty-eight.

By the President: Calvin Coolidge

(SEAL)

By Viola B. Pugh, Secretary.

M. P. LeRoy

Recorder of the General Land Office.

RECORDED: Patent Number 932407

Filed for record at the request of Thomas Brackney, May 26th, 1924 at 1:40 P. M.

File No. 11173

Bert Acree

County Recorder.

CERTIFIED COPY

THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE RECORD IN THE OFFICE OF COUNTY RECORDER, LANDER COUNTY, NEVADA.

WITNESS MY HAND AND SEAL THIS 22nd DAY OF April, 2005

IDONNA M. TREVINO, COUNTY RECORDER

**EXHIBIT "F"**

Exhibit "F" is the Chain of Title and is demonstrated by the successive Deeds issued on the subject land since the early 1900's. Refer to Exhibit "C"