# EXHIBIT "L"

THE AFFIDAVIT OF DALTON WILSON TO WHICH WAS ATTACHED HIS PREVIOUS DECLARATION IN U.S. DISTRICT COURT IS FOUND IN EXHIBIT "A" TO THIS STATEMENT OF UNDISPUTED FACTS.

# NEVADA

## Agricultural Statistics



## 2002-2003

## Prices Received for Specified Products: By Month, Nevada, 2000-2004

| Year | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jul. | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Dollars Per Cwt. | | | | | | |
| | | | | | | **Steers and Heifers** | | | | | | |
| 2000 | 87.10 | 88.60 | 86.30 | 83.50 | 83.70 | 86.90 | 84.20 | 85.10 | 88.80 | 100.80 | 91.50 | 88.60 |
| 2001 | 85.70 | 86.40 | 84.80 | 86.50 | 86.40 | 88.20 | 90.10 | 86.20 | 87.20 | 92.00 | 97.00 | 105.40 |
| 2002 | 81.00 | 84.40 | 85.00 | 80.80 | 70.20 | 76.30 | 72.30 | 74.20 | 75.50 | 78.50 | 86.10 | 84.80 |
| 2003 | 79.40 | 76.20 | 84.90 | 82.50 | 83.10 | 77.90 | 85.30 | 88.10 | 93.60 | 98.30 | 102.00 | 105.00 |
| 2004 | 99.30 | 93.00 | 98.20 | 103.50 | 102.30 | 104.40 | 107.40 | 109.00 | 108.90 | 106.70 | 111.60 | 109.00 |
| | | | | | | **Cows** | | | | | | |
| 2000 | 53.60 | 34.80 | 35.40 | 37.30 | 38.20 | 39.80 | 41.00 | 38.50 | 35.80 | 33.30 | 37.90 | 37.90 |
| 2001 | 36.90 | 35.80 | 36.40 | 40.10 | 35.00 | 39.30 | 44.90 | 42.30 | 39.00 | 34.10 | 31.10 | 31.80 |
| 2002 | 30.80 | 30.70 | 33.00 | 38.10 | 36.70 | 37.00 | 35.40 | 35.60 | 33.30 | 35.80 | 34.80 | 34.40 |
| 2003 | 34.00 | 37.70 | 39.50 | 40.50 | 39.40 | 40.50 | 39.90 | 46.30 | 45.10 | 45.70 | 49.60 | 41.60 |
| 2004 | 34.10 | 38.10 | 42.80 | 43.00 | 42.00 | 35.90 | 40.20 | 45.30 | 46.80 | 47.70 | 44.50 | 42.30 |
| | | | | | | **Calves** | | | | | | |
| 2000 | 96.70 | 108.40 | 110.50 | 110.20 | 90.30 | 109.00 | 110.60 | 111.90 | 108.00 | 108.80 | 113.50 | 113.80 |
| 2001 | 114.00 | 133.00 | 123.80 | 114.50 | 102.80 | 103.20 | 102.40 | 103.40 | 102.80 | 107.30 | 110.40 | 93.00 |
| 2002 | 97.40 | 96.80 | 93.30 | 95.30 | 95.50 | 95.30 | 95.80 | 96.30 | 96.60 | 91.30 | 90.70 | 96.00 |
| 2003 | 98.00 | 96.20 | 94.30 | 92.30 | 101.00 | 102.30 | 105.50 | 108.30 | 112.00 | 110.00 | 112.00 | 119.00 |
| 2004 | 115.00 | 105.50 | 120.80 | 124.20 | 130.00 | 128.40 | 129.90 | 131.60 | 131.90 | 132.20 | 129.80 | 128.90 |
| | | | | | | Dollars per Ton | | | | | | |
| | | | | | | **Alfalfa Hay** | | | | | | |
| 2000 | 81.00 | 83.00 | 84.00 | 83.00 | 82.00 | 90.00 | 96.00 | 90.00 | 93.00 | 92.00 | 92.00 | 92.00 |
| 2001 | 97.00 | 94.00 | 90.00 | 100.00 | 99.00 | 101.00 | 111.00 | 108.00 | 110.00 | 119.00 | 122.00 | 118.00 |
| 2002 | 117.00 | 117.00 | 112.00 | 104.00 | 108.00 | 110.00 | 104.00 | 102.00 | 98.00 | 100.00 | 101.00 | 97.00 |
| 2003 | 94.00 | 95.00 | 90.00 | 93.00 | 96.00 | 100.00 | 95.00 | 89.00 | 88.00 | 93.50 | 87.00 | 91.00 |
| 2004 | 91.00 | 90.00 | 88.00 | 90.00 | 90.00 | 99.00 | 103.00 | 101.00 | 97.00 | 98.00 | 103.00 | 102.00 |
| | | | | | | **Other Hay** | | | | | | |
| 2000 | 80.00 | 83.00 | 86.00 | 83.00 | 85.00 | 96.00 | 92.00 | 100.00 | 100.00 | 98.00 | 97.00 | 103.00 |
| 2001 | 103.00 | 102.00 | 102.00 | 99.00 | 100.00 | 100.00 | 104.00 | 110.00 | 115.00 | 116.00 | 125.00 | 125.00 |
| 2002 | 123.00 | 121.00 | 117.00 | 112.00 | 111.00 | 108.00 | 111.00 | 115.00 | 113.00 | 112.00 | 110.00 | 105.00 |
| 2003 | 100.00 | 100.00 | 95.00 | 90.00 | 90.00 | 95.00 | 120.00 | 128.00 | 111.00 | 105.00 | 118.00 | 103.00 |
| 2004 | 103.00 | 130.00 | 107.00 | 109.00 | 90.00 | 110.00 | 116.00 | 123.00 | 103.00 | 120.00 | 122.00 | 104.00 |
| | | | | | | **All Hay** | | | | | | |
| 2000 | 81.00 | 83.00 | 84.00 | 83.00 | 82.00 | 91.00 | 96.00 | 91.00 | 94.00 | 93.00 | 93.00 | 93.00 |
| 2001 | 98.00 | 95.00 | 91.00 | 100.00 | 99.00 | 101.00 | 111.00 | 108.00 | 110.00 | 119.00 | 122.00 | 119.00 |
| 2002 | 118.00 | 117.00 | 113.00 | 105.00 | 108.00 | 110.00 | 105.00 | 103.00 | 100.00 | 102.00 | 102.00 | 98.00 |
| 2003 | 95.00 | 96.00 | 91.00 | 92.00 | 95.00 | 100.00 | 97.00 | 92.00 | 90.80 | 95.00 | 90.00 | 93.00 |
| 2004 | 93.00 | 94.00 | 90.00 | 93.00 | 90.00 | 100.00 | 104.00 | 102.00 | 97.00 | 100.00 | 105.00 | 102.00 |

# PRICES RECEIVED FOR SPECIFIED PRODUCTS: By Month, Nevada, 1995-99

| Year | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Dollars Per Cwt.) | | | | | | |
| | | | | | | Steers and Heifers | | | | | | |
| 1995 | 61.60 | 66.00 | 65.30 | 65.50 | 59.30 | 60.00 | 59.20 | 57.50 | 58.30 | 53.40 | 56.90 | 50.30 |
| 1996 | 54.20 | 51.30 | 54.60 | 39.10 | 43.70 | 55.00 | 44.17 | 50.30 | 49.10 | 50.40 | 51.20 | 48.90 |
| 1997 | 59.20 | 62.30 | 68.20 | 61.60 | 70.10 | 66.60 | 66.50 | 67.20 | 65.20 | 61.20 | 68.10 | 72.20 |
| 1998 | 66.10 | 73.60 | 59.50 | 69.70 | 68.20 | 63.70 | 63.60 | 63.50 | 67.60 | 60.60 | 65.40 | 66.20 |
| 1999 | 71.70 | 69.90 | 74.50 | 75.30 | 67.70 | 77.10 | 77.20 | 77.90 | 78.70 | 74.10 | 77.70 | 77.10 |
| | | | | | | Cows | | | | | | |
| 1995 | 37.80 | 37.30 | 39.40 | 40.00 | 33.70 | 33.80 | 36.60 | 35.70 | 35.50 | 33.60 | 31.40 | 22.20 |
| 1996 | 34.00 | 32.80 | 32.20 | 28.40 | 30.20 | 47.53 | 30.70 | 33.90 | 33.80 | 36.60 | 35.70 | 35.50 |
| 1997 | 29.50 | 32.70 | 30.40 | 43.40 | 43.30 | 42.00 | 42.20 | 39.90 | 36.00 | 34.30 | 33.20 | 33.60 |
| 1998 | 33.40 | 34.50 | 36.30 | 35.70 | 56.40 | 37.30 | 36.50 | 36.00 | 33.40 | 31.40 | 30.20 | 31.10 |
| 1999 | 33.50 | 34.60 | 35.40 | 35.70 | 36.20 | 35.50 | 36.50 | 36.00 | 34.50 | 33.80 | 33.10 | 34.50 |
| | | | | | | Calves | | | | | | |
| 1995 | 68.60 | 73.40 | 77.20 | 76.30 | 67.90 | 66.80 | 74.30 | 64.10 | 51.80 | 57.10 | 61.30 | 56.50 |
| 1996 | 60.80 | 58.00 | 58.00 | 51.70 | 54.70 | 50.10 | 52.00 | 49.10 | 53.80 | 57.20 | 60.20 | 56.10 |
| 1997 | 64.90 | 68.40 | 68.80 | 72.20 | 81.30 | 74.40 | 73.20 | 72.10 | 79.10 | 80.50 | 79.30 | 78.20 |
| 1998 | 78.60 | 81.10 | 82.60 | 74.80 | 68.50 | 79.50 | 70.10 | 60.70 | 72.70 | 71.80 | 73.20 | 70.10 |
| 1999 | 82.70 | 82.10 | 88.30 | 92.50 | 83.90 | 91.70 | 93.40 | 92.50 | 90.90 | 87.20 | 87.60 | 89.60 |
| | | | | | | (Dollars per Ton) | | | | | | |
| | | | | | | Alfalfa Hay | | | | | | |
| 1995 | 95.00 | 99.00 | 97.00 | 100.00 | 95.00 | 95.00 | 98.00 | 96.00 | 96.00 | 100.00 | 100.00 | 98.00 |
| 1996 | 102.00 | 93.00 | 92.00 | 95.00 | 93.00 | 103.00 | 100.00 | 97.00 | 99.00 | 96.00 | 97.00 | 104.00 |
| 1997 | 104.00 | 117.00 | 114.00 | 116.00 | 119.00 | 105.00 | 105.00 | 108.00 | 102.00 | 100.00 | 106.00 | 111.00 |
| 1998 | 107.00 | 109.00 | 111.00 | 105.00 | 106.00 | 116.00 | 117.00 | 119.00 | 107.00 | 99.00 | 103.00 | 101.00 |
| 1999 | 100.00 | 89.00 | 80.00 | 75.00 | 72.00 | 67.00 | 91.00 | 87.00 | 84.00 | 82.00 | 86.00 | 81.00 |
| | | | | | | Other Hay | | | | | | |
| 1995 | 85.00 | 85.00 | 85.00 | 88.00 | 85.00 | 85.00 | 85.00 | 90.00 | 95.00 | 84.00 | 95.00 | 75.00 |
| 1996 | 100.00 | 80.00 | 74.00 | 85.00 | 98.00 | 55.00 | 75.00 | 92.00 | 79.00 | 64.00 | 85.00 | 84.00 |
| 1997 | 85.00 | 100.00 | 85.00 | 90.00 | 86.00 | 78.00 | 85.00 | 85.00 | 90.00 | 87.00 | 85.00 | 95.00 |
| 1998 | 95.00 | 90.00 | 95.00 | 91.00 | 93.00 | 102.00 | 108.00 | 90.00 | 110.00 | 85.00 | 95.00 | 95.00 |
| 1999 | 85.00 | 65.00 | 37.00 | 80.00 | 70.00 | 69.00 | 81.00 | 76.00 | 80.00 | 76.00 | 80.00 | 80.00 |
| | | | | | | All Hay | | | | | | |
| 1995 | 94.00 | 98.00 | 96.00 | 99.00 | 94.00 | 94.00 | 97.00 | 95.00 | 96.00 | 98.00 | 100.00 | 96.00 |
| 1996 | 102.00 | 92.00 | 90.00 | 94.00 | 94.00 | 96.00 | 98.00 | 97.00 | 97.00 | 92.00 | 95.00 | 101.00 |
| 1997 | 101.00 | 115.00 | 110.00 | 111.00 | 116.00 | 102.00 | 103.00 | 106.00 | 101.00 | 99.00 | 104.00 | 109.00 |
| 1998 | 106.00 | 107.00 | 109.00 | 104.00 | 105.00 | 115.00 | 116.00 | 116.00 | 107.00 | 98.00 | 102.00 | 100.00 |
| 1999 | 99.00 | 87.00 | 81.00 | 76.00 | 72.00 | 67.00 | 90.00 | 86.00 | 84.00 | 81.00 | 85.00 | 81.00 |

# Underwood Livestock, Inc.
## Business Plan

Executive Summary

Dalton Wilson, President, Underwood Livestock, Inc is applying for a loan through the CDC for the purchase of livestock (ewes) for $150,000, working capital for $50,000, and to restructure debt on the 1st Deed of Trust $125,000. The total amount of the loan will be $325,000. The loan will be 100% collateralized with existing deeds of trust, water rights, and UCC's on the livestock.

Underwood Livestock, Inc has been in business since 1989. Mr. Wilson came to the area nine years prior and brought with him experience in the livestock industry. He wishes to purchase the ewes to address the scarcity in the market for quality ewe lambs and to build a herd that will sustain itself over the six year anticipated life of the loan and well into the future through lamb and wool sales.

Product and Market:

Due to the decline in breeding ewe numbers all over the United States Underwood Livestock, Inc is looking at prospective income for feeder lambs for the market year 2004. Market report replacement quality ewe lambs are in scarce supply (See Nevada Ag. Statistics Report 2002-03 attached). Underwood Livestock, Inc will use Rambalet bucks to take advantage of the market for replacement breeding ewes. This strategy will increase the income by $25,000 over the income of feeder lambs at no additional cost to produce.

Location:

The business is located within the confines of Grass Valley which a topographically and hydrologically closed valley. The main activity is livestock production. Grass Valley is in the eastern part of Lander County and the western part of Eureka County about 40 miles long, 18 miles wide and covers an area about 590 square miles. The property includes 160 acres of deed land in three parcels, one 80 acre parcel and two 40 acre parcels. Another 80 acre parcel, that is adjacent to the other 80 acre parcel indicated above, contains many improvements and is in the process of a quiet title action in state court. Water rights accrue to the deeded 80 acres for 26.68 acres and to the adjacent federal 80 acres for 23.46 acres. This totals 50.14 acres of certified water rights.

Improvements to the property include:

- 1200 ft. pipeline for domestic and stock water from Twin Springs plus a spring box
- 80'X100' holding and working corrals
- 20'X100' lambing shed and shop

- 10'X48' bunkhouse trailer
- 14'X56' trailer for office and owner quarters

Appraisal of market value is based upon like properties sold and/or for sale in both Lander and Eureka Counties. The latest appraisal dated April 3, 2002 by Pacific Valley Appraisal, Inc of Reno stated land at $242,000 and full water rights with grazing ($40,000 ea.) at $200,000.

<u>The Business:</u>
Underwood Livestock, Inc will hire a shepherd to assist with the maintenance of the herd. Mr. Wilson will oversee all operations. Existing equipment includes a sheep camp, pack saddles, tent, cooking supplies, pack and riding horses, and dogs.

Grazing will be done at a cost based on BLM's requirement of $1.86 per A.U.M. at 1,462 A.U.M.'s for 12 months. Underwood Livestock, Inc will offer to lease at a rate of $3500 per year to be paid in 4 payments. To accomplish 130% lamb production Underwood will use confinement lambing for the 1200 ewes each year and take the wether lambs to alfalfa pasture in the fall, leaving the ewe lambs with the band until later in the year.

<u>Benefits to Community:</u>
Because the operations will be based in Diamond Valley in the winter, all feed and supplies will be purchased within Eureka County. There will also be a large portion of the services and products purchases within the county during the other three seasons, including hardware, food, and gas.

<u>Financials:</u>
The cost of ewes will be $125 per head for a "running age" band. The cost of rams purchased in the fall will be $500 per head.

Income is computed from the base production stock of 1200 head of ewes and 20 head of rams. It is assumed that production of lambs to be at 135%, less 5% death loss, resulting in a total sale of 130% of lambs and wool: wools sales in April and May, stock sales in October.

Income shall be derived from sales of lambs according to current stock quotes. All livestock are sold by poundage, the average lambs weighing 110 lbs. The projected figures assume the average price for the yearly sales and number of live lambs to be sold, will be $1 per pound (See market report).

Income from wool shorn from ewes each year assumes that average yields of 8 lbs of wool per head will derive $.73 per pound. The number of lambs shorn, and the income from shearing will be $6,912 per year.

Production herd of rams and birthing ewes will be a total cost of $150,000. It is assumed that interest on loan proceeds will be 3 points above prime rate and an equity interest may be required. Due to the income from sales of wool in spring and sheep in fall, owner wishes to repay the loan in yearly payments.

## Underwood Livestock, Inc.
## Cashflow Projections 2004

| Cash | March | April | May | June | July | Aug. | Sept. | Oct. | 2004 Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 325,000.00 | | | | | | | | 325,000.00 |
| Debt on 1st Deed | 125,000.00 | | | | | | | | 125,000.00 |
| | | | | | | | | | |
| Total Cash on Hand | 200,000.00 | 39,408.00 | 40,322.00 | 41,236.00 | 38,694.00 | 36,152.00 | 33,610.00 | 30,868.00 | 200,000.00 |
| | | | | | | | | | |
| **Sales:** | | | | | | | | | |
| Lambs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,000.00 | 150,000.00 |
| Wool | 0.00 | 3,456.00 | 3,456.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 |
| | | | | | | | | | |
| **Total Sales** | **0.00** | **3,456.00** | **3,456.00** | **0.00** | **0.00** | **0.00** | **0.00** | **150,000.00** | **156,912.00** |
| | | | | | | | | | |
| **Expenses:** | | | | | | | | | |
| Sheep Purchase | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 160,000.00 |
| Labor | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 9,600.00 |
| Food | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 4,800.00 |
| Fuel | 500.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,250.00 |
| Hay | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| Pasture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vet Supplies | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 400.00 |
| Taxes | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,600.00 |
| Sheep Shear | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 |
| Land Lease | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 2,336.00 |
| | | | | | | | | | |
| **Total Expenses:** | **160,592.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,742.00** | **12,542.00** | **188,586.00** |
| | | | | | | | | | |
| **Net Profit (Loss):** | **($160,592.00)** | **$914.00** | **$914.00** | **($2,542.00)** | **($2,542.00)** | **($2,542.00)** | **($2,742.00)** | **$137,458.00** | **($31,674.00)** |
| | | | | | | | | | |
| **Debt Service:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **Net Cashflow:** | **39,408.00** | **40,322.00** | **41,236.00** | **38,694.00** | **36,152.00** | **33,610.00** | **30,868.00** | **168,326.00** | **168,326.00** |

# Underwood Livestock, Inc.
## Cashflow Projections 2004-06

| | Nov. | Dec. | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | 2004-05 | 2005-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash on Hand:** | | | | | | | | | | | | | | |
| | 168,326.00 | 68,784.00 | 64,442.00 | 60,100.00 | 57,558.00 | 51,216.00 | 52,130.00 | 53,044.00 | 50,502.00 | 47,960.00 | 45,418.00 | 42,676.00 | 175,326.00 | 197,134.00 |
| **Sales:** | | | | | | | | | | | | | | |
| Lambs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150,000.00 | 150,000.00 | 150,000.00 |
| Wool | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,456.00 | 3,456.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,912.00 | 6,912.00 |
| **Total Sales** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3,456.00** | **3,456.00** | **0.00** | **0.00** | **0.00** | **0.00** | **150,000.00** | **156,912.00** | **156,912.00** |
| **Expenses:** | | | | | | | | | | | | | | |
| Sheep Purchase | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 14,400.00 | 14,400.00 |
| Food | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 7,200.00 | 7,200.00 |
| Fuel | 500.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 3,250.00 | 3,250.00 |
| Hay | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| Pasture | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,400.00 | 5,400.00 |
| Vet Supplies | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 600.00 | 600.00 |
| Taxes | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 2,400.00 | 2,400.00 |
| Sheep Shear | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 3,600.00 |
| Land Lease | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 292.00 | 3,504.00 | 3,504.00 |
| **Total Expenses:** | **24,792.00** | **4,342.00** | **4,342.00** | **2,542.00** | **6,342.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,542.00** | **2,742.00** | **2,542.00** | **60,354.00** | **60,354.00** |
| **Net Profit (Loss):** | **($24,792.00)** | **($4,342.00)** | **($4,342.00)** | **($2,542.00)** | **($6,342.00)** | **$914.00** | **$914.00** | **($2,542.00)** | **($2,542.00)** | **($2,542.00)** | **($2,742.00)** | **$147,458.00** | **$96,558.00** | **$96,558.00** |
| **Debt Service:** | 74,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74,750.00 | 74,750.00 |
| **Net Cashflow:** | **68,784.00** | **64,442.00** | **60,100.00** | **57,558.00** | **51,216.00** | **52,130.00** | **53,044.00** | **50,502.00** | **47,960.00** | **45,418.00** | **42,676.00** | **190,134.00** | **197,134.00** | **218,942.00** |

# National Sheep/Wool Reports

Compiled by USDA Market News Service
Greeley, Colo.-San Angelo, Texas

Wool prices in cents per pound and foreign currency per kilogram, sheep prices in dollars per hundredweight (cwt.) except some replacement animals on per head basis as indicated.

**NATIONAL WOOL REVIEW**
**(Federal-State Market News)**
**Greeley, Colo.**
**Jan. 30**

Wool trading slow except for increased activity in the Midwestern states. Demand moderate. Fleece states prices firm to $.10 higher, most advance on 22-25 micron wools. Midwestern states: 80,000 lbs. reported: OB, BI, 76 mm or longer, 22-24 micron $.65-.75, few to $.80; 24-28 micron $.50-.60; 28-34 micron whiteface $.40-.50 with blackface and crossbreds $.20-.40. Lamb wools 1.5-2 inch 22-26 micron $.20-.30; 26-30 micron including both black face and crossbreds $.15-.20. All FOB greasy. South Dakota - couple clips totaling 16,000 lbs, OB, BOU, 22-26 micron, 75 mm plus, .75-.80 with 26-30 micron $.40, FOB greasy. Idaho - 20,000 lbs. OB, BOU, 64-75 mm, clip, 23-24 micron, low yielding $.74 net greasy.




Mohair trading slow, demand light to moderate. 80,000 lbs. Adult, OB, 34-38 micron $1.37, load AA matchings $1.40, all FOB.

**NATIONAL SHEEP SUMMARY**
**(Federal-State Market News)**
**San Angelo, Texas**
**Jan. 30**

Compared to last week slaughter lambs steady to as much as $12 higher; slaughter ewes steady to $3 higher, instances $3-10 higher; feeder lambs steady to $5 higher in light test. At San Angelo, Texas, 9,403 head sold in a one day sale. Equity Electronic Auction sold 320 slaughter lambs in Wisconsin. In direct trading slaughter ewes steady to $2 higher; feeder lambs steady to $3 higher. 4,200 head of negotiated sales of slaughter lambs were $2-3 higher and 20,200 head of formula sales of slaughter lambs were steady. 15,006 carcasses sold with 65-75 lbs. $.68 higher and all other weights 55 lbs. up $2.31-2.79 higher.

SLAUGHTER LAMBS Choice and Prime 2-3 100-130 lbs.:

San Angelo: shorn and wooled $94-104, few $104-110.

Midwest: shorn $88-92; wooled $85-94.

Intermt. Area: (Colo./Wyo./Mont.): shorn $103; wooled $91-106.

DIRECT TRADING: (lambs FOB with 3-4 percent shrink or equivalent):

4,200 Slaughter Lambs shorn and wooled 125-175 lbs. $87-100.80 (wtd avg $93.66); couple pkgs shorn and wooled 80-95 lbs. $111.50-123; no dressed sales reported.

California: 700 Feeder Lambs 135 lbs. shorn $92. 300 Slaughter Ewes Utility and Good 1-3 $45.

SLAUGHTER EWES:

San Angelo: Good 2-3 $50-55; Utility and Good 1-3 $54-63, set $65; Utility 1-2 $44-54; Cull and Utility 1-2 $40-45.

Midwest: Utility and Good 1-3 $40-49.25; Cull 1 $30-41.

Billings, Mont.: Good 2-3 $41-46.50; Utility 1-2 $38-45.

FEEDER LAMBS: Medium and Large 1-2:

San Angelo: 82 lbs. $124.50; 105-110 lbs. $104.50-105.

Midwest: 55-60 lbs. $124-126; 60-80 lbs. $110-120, few 124-126; 80-100 lbs. $95-110.

Intermt. Area: 54 lbs. $101; 60-70 lbs. $119-123; 70-80 lbs. $117-127; 80-90 lbs. $114-127; 90-100 lbs. $107-118.50; 100-110 lbs. $113.50-115; 110-120 lbs. $94-105; 125-135 lbs. $88-95.

REPLACEMENT EWES: Medium and Large 1-2:

San Angelo: Ewes and lambs $59.50 per head.

Billings, Mont.: Bred yearlings $145-155 per head; bred baby tooth $152.50-167.50 per head; bred solid mouth $145-157.50 per head; short solid mouth $102.50-142.50 per head; broken mouth $50.50-55 per head.

NATIONAL WEEKLY LAMB CARCASS, Choice and Prime 1-4:

30 lbs. down $300-300; 30-40 lbs. $188-245; 40-45 lbs. $179-245; 45-50 lbs. $178-220; 50-55 lbs. $178-201; 55-60 lbs. $178-197; 60-65 lbs. $178-196; 65-75 lbs. $178-196; 75-85 lbs. $173-193; 85 lbs. up $160-178.

Sheep and lamb slaughter under federal inspection for the week to date totaled 51,000 compared with 53,000 last week and 49,000 last year.