# Defendant's Exhibit E

MICHAEL F. MACKEDON
State Bar No. 2388
MACKEDON, McCORMICK & KING
A Professional Corporation
179 S. LaVerne Street
P.O. Box 1203
Fallon, Nevada 89407
775-423-2106

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
'06 FEB 17 AM 10 51

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DON BOWMAN and DALTON WILSON )
Plaintiffs, )
v. )
BRUCE BABBITT, in his official Capacity as the Secretary of Interior; BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, In his official capacity as Field Manager of the Battle Mountain Field Office, )
Defendants. )

CV-N-00-0506-HDM--RAM

**DECLARATION OF DALTON WILSON**

Pursuant to 28 U.S.C. § 1746, and under pain and penalty of perjury, I Dalton Wilson declare as follows:

1. I am Dalton Wilson one of the above-named Plaintiffs. I joined with Don Bowman in bringing the present action to secure title and determine my right to the ownership of a

ON, McCORMICK & KING
onal Corporation
LaVerne Street
Box 1203



Plea.
90-1-18-10159

certain Nevada water right and a certain right of way across public lands managed by the United States Department of Interior, Bureau of Land Management ("BLM") which I believe are appurtenant to the deeded farm land which I own in Lander County and which are valid existing rights which vested and accrued and which existed prior to the enactment of the Federal Land Management Policy Act ("FLMPA") in October 1976.

2. I purchased 160 acres of deeded land located in Eureka County and Lander County in 1980 from Don Smith and his wife Wilma.

3. I paid the Smith's $85,000.00 for the property. I paid $10,000.00 down when title passed and I paid $75,000.00 cash one year later.

4. Eighty (80) acres of the land I purchased is located high in Underwood Canyon consisting of two (2) separate 40 acre parcels which are non-irrigable and not a part of this action.

5. The lower eighty (80) acres is located below the mouth of Underwood Canyon and has been a farmstead since 1917.

6. The lower 80 acre farmstead has an appurtenant Nevada water right being water right Certificate 1656.

7. The application to appropriate water was filed June 1, 1917 and that is its priority date.

ACKEDON, McCORMICK & KING
Professional Corporation
179 So. LaVerne Street
P.O. Box 1303
Fallon, NV 89407-1203
(775) 423-2106

21. During the time I was working on my Title 5 application my friend Sprouse's lender commenced foreclosure because Sprouse was in default of the loan which, of course, put my ownership in jeopardy.

22. My land and the water right appropriated by Certificate 1656 were foreclosed upon in September 1989 and acquired by Western Farm Credit Bank (successor to Federal Land Bank of Sacramento) by virtue of a credit bid of $72,000.00.

23. Don Bowman purchased the ranch and the appurtenant water right from the bank in 1994 and then entered into a lease option agreement with me so that I would have the opportunity to reacquire my ranch.

24. I believe and believed that the Title 5 permit was not transferable. I paid the fees for the first 5 years but I did not continue paying because I had lost the ground and the water right.

25. After I reacquired the right to my ranch and the water right through the lease purchase agreement with Don Bowman, I re-examined the plans I had developed when I made the Title 5 application. I determined that I would not develop more water or a more reliable water supply by adding an additional point of diversion and pipeline up stream from

.CKEDON, McCORMICK & KING
Professional Corporation
79 So. LaVerne Street
P.O. Box 1203
Fallon, NV 89407-1203
(775) 423-2106