# Defendant's Exhibit G

ASSIGNED

Application No. 4613 Certificate Record No. 1656 Book 6 Page 1656

# THE STATE OF NEVADA

## CERTIFICATE OF APPROPRIATION OF WATER

WHEREAS, Thomas Brackney has presented to the State Engineer of the State of Nevada Proof of Application of Water to Beneficial Use, from Underwood Canyon through pipeline and ditches for Irrigation and Domestic purposes. The point of diversion of water from the source is as follows: NW¼ NE¼ Sec. 7, T. 22 N; R. 48 E., M.D.B.&M. or at a point which bears S. 30° 30' E., 1300 feet distant from N½ Cor. Sec. 7, same township and range. situated in Lander County, State of Nevada.

NOW KNOW YE, That the State Engineer, under the provisions of Section 72, Chapter 140, Statutes of 1913 has determined the date, source, purpose and amount of such appropriation, together with the place to which such water is appurtenant, as follows:

Name of appropriator John Hickison

Post-office address Austin, Nevada

Amount of appropriation 0.323 C.F.S. or 117 acre feet for the season.

Period of use, from April 1st to Oct. 1st of each year

Date of priority of appropriation October 1, 1917

Description of irrigated land to which water is appurtenant:

7.74 acres in the NE¼ SW¼ Sec. 12, T. 22 N; R. 47 E., M.D.B.&M.

9.31 acres in the SE¼ NW¼ Sec. 12, T. 22 N; R. 47 E., M.D.B.&M.

15.22 acres in the SW¼ NW¼ Sec. 12, T. 22 N; R. 47 E., M.D.B.&M.

32.27 acres total.

The right to water hereby determined is limited to the amount which can be beneficially used, not to exceed the amount above specified, and the use is restricted to the place where acquired and to the purpose for which acquired.

IN TESTIMONY WHEREOF, I, GEO. W. MALONE, State Engineer of Nevada, have hereunto set my hand and the seal of my office, this 17th day of June, A. D. 19 30.

Geo W Malone
State Engineer.

Recorded July 28, 1930. Bk A Water Claims Page 419
Lander County Records

Compared C. J. M.

Exhibit A

ASSIGNED

AMENDED
APPLICATION FOR PERMIT
Serial No. 4618

TO APPROPRIATE THE PUBLIC WATERS OF THE STATE OF NEVADA

Date of first receipt and filing in State Engineer's office OCT-1 1917
Returned to applicant for correction OCT-7 1917
Corrected application filed DEC-5 1917

The undersigned Thomas Brackney
Name of applicant.
of Beowawe, County of Eureka,
State of Nevada, hereby makes application for permission to appropriate the public waters of the State of Nevada, as hereinafter stated. (If applicant is a corporation give date and place of incorporation.)

1. The source of the proposed appropriation is Under Wood Canyon
Name of stream, lake, or other source.

2. The amount of water applied for is Five (5) second-feet.
One second-foot equals 40 miners' inches.

3. The water to be used for Irrigation, Stock and domestic purposes,
Irrigation, power, mining, manufacturing, domestic, or other use.

4. The water is to be diverted from its source at the following point: Underwood Canyon S.W.¼ of N.E.¼ of Sec.12, T.22 N., R.47 E., M.D.B. & M.,
Describe as being within a 40-acre subdivision of public survey, or by course and distance to a section corner. If on unsurveyed land it should be so stated.

IF THE WATER IS TO BE USED FOR IRRIGATION, SUPPLY THE FOLLOWING INFORMATION:

(a) Number of acres to be irrigated is One hundred sixty (160) acres.

(b) Description of land to be irrigated S.½ of NW¼, and N.½ of S.W.¼, Sec.12, T.22 N., R. 47 E., M.D.B. & M.,
Describe by legal subdivision, or if on unsurveyed land it should be so stated and a description provided in accordance with special instruction from the State Engineer when application is returned for correction.

(c) Irrigation will begin about April 5th and end about October 1st., of each year.
Month. Month.

IF WATER IS TO BE USED FOR POWER, MINING, TRANSPORTATION, OR OTHER USE, SUPPLY THE FOLLOWING INFORMATION:

(d) Power to be developed is ________ horsepower.

(e) Works to be located ________
Give 40-acre subdivision on which works will be located, or locate by course and distance to a section corner.

(f) Point of return of water to stream Not returned to stream.
Describe in same manner as point of diversion.

(g) Remarks

3801221

## DESCRIPTION OF PROPOSED WORKS

Water will be diverted by means of small earth and rock dam, and
State manner in which water is to be diverted, whether by dam or other works, whether through pipes, ditches, flumes, or other conduits. If water
conveyed to the land to be irrigated by means of ditches, and
is to be stored in reservoirs it should be so stated and the location of the reservoir should be given with reference to the legal subdivisions.
laterals.

5. Estimated cost of works $1200.00

6. Estimated time required to construct works Two (2) years.

7. Remarks
For use of applicant.

Thomas Brackney, Applicant.

By

Compared P.P.Jones

This sheet inspected

, Engineer.

## APPROVAL OF STATE ENGINEER

This is to certify that I have examined the foregoing application, and do hereby grant the same, subject to the following limitations and conditions:

This permit is issued subject to all prior rights on the source. A standard headgate and weir must be installed at or near the point of diversion to facilitate the measurement and control of water. The State reserves the right to regulate the use of the water herein granted at any and all times. It is distinctly understood that applicant agrees to the terms herein contained.

The amount of water to be appropriated shall be limited to the amount which can be applied to beneficial use, and not to exceed 1.6 cubic feet per second. ( One & six tenths )

Actual construction work shall begin on or before April 15, 1919.

Proof of commencement of work shall be filed before May 15, 1919.

Work must be prosecuted with reasonable diligence and be completed on or before April 15, 1921.

Proof of completion of work shall be filed before May 15, 1921.

Application of water to beneficial use shall be made on or before October 15, 1923. Proof of the application of water to beneficial use must be filed with State Engineer on or before November 15, 1923.

WITNESS MY HAND AND SEAL this 25th day of February, 1919.

Proof of labor filed APR 16 1919

Map filed May 28 1921

Proof of completion of work filed OCT 14 1921

Seymour Case