# Defendant's Exhibit H

OFFICE OF THE

# STATE ENGINEER

FILED APR 16 1919 STATE ENGINEER'S OFFICE

Permit No. 4613.

## AFFIDAVIT OF LABOR AND IMPROVEMENTS

STATE OF NEVADA
County of ELKO } ss.

BEFORE ME, personally appeared Thomas Brackney,
the subscribed, who being duly sworn saith that at least Three Hundred - - - - - - dollars ($300.00) has been expended in work or improvements performed or made under the conditions provided in Permit No. 4613, and at the expense of the applicant.

Said improvements consisted of Earth dam constructed at about NE corner Section 6, T. 22 N., R. 48 E., and ditch constructed through said section approximately to SE¼ of NW¼. Section 12, T. 22 N., R. 47 E.

and were made at lands described above.

being work essential to the actual diversion of the water applied for. Said improvements were begun prior to December 31, 1918.

Thomas Brackney
Applicant

Subscribed and sworn to before me
this 14th day of April, 1919.

[signature]
Notary Public in and for the County of Elko, State of Nevada

My Commission expires August 27, 1922.