# Defendant's Exhibit I

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Bar No. 4790
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DON BOWMAN and DALTON WILSON, Plaintiffs, | : | |
| vs. | : | CV-N-00-0506-HDM (RAM) |
| BRUCE BABBITT, et al., Defendants. | : | |

**DECLARATION OF GAIL GIVENS**

Pursuant to 28 U.S.C. § 1746, I, Gail G. Givens declare as follows:

1. I am employed by the United States Department of the Interior, Bureau of Land Management ("BLM"), as Assistant Field Manager for Nonrenewable Resources, in the Battle Mountain Field Office. I have held this position since November, 1999. In total, I have worked for the BLM for more than 19 years, and have held numerous positions, including Range Conservationist, Realty Specialist, Area Manager, and Management Analyst.

2. In connection with an investigation of the alleged trespass by Mr. Bowman and Mr. Wilson on public lands, I went to Underwood Canyon with a surveyor in an attempt to determine the point of diversion described in the original water rights application, No. 4613. Using Global Positioning System (GPS) survey equipment we located the "iron pipe" referenced in the 1926 Culture Map which was used to provide bearing and distance to the record point of diversion for Water Right Application No. 4613. This point was actually the N1/4 corner of Section 7, T22N, R48E, an iron pipe with regulation brass cap, set in 1915. Beginning at the above-referenced point we used GPS and navigated a bearing of South 30 degrees 30 minutes East for a distance of 1300 feet to the Record Point of Diversion for Water Right Application No. 4613. This point falls on the southern bank of the creek in Underwood Canyon, and is approximately four feet south of the center of the creek.

3. We measured the distance from this original point of diversion as described in Application No. 4613 to the place where Mr. Wilson installed a diversion structure in 1998. The original point of diversion described in Application No. 4613 is 377 feet down canyon from the place where Mr. Wilson built his dam or diversion structure. Further, we measured the distance between the place where Mr. Wilson installed his diversion structure and the place where an old board and piece of metal can be seen. That distance was 46 feet. Thus, the record point of diversion was 423 feet down canyon from what Plaintiffs claim constitutes the original point of diversion.

4. Further, during that trip and on earlier trips, I have examined the area where the pipeline that was allegedly installed in the 1920s had run. Portions of the pipeline are missing. In some areas, sections of pipe hang in midair, having been washed out by the stream in Underwood Canyon. At one point, where the pipeline crossed the road, a section of pipe is lying in the road.

That section of pipeline is heavily damaged and disconnected from the other portions of the pipeline. From these trips, I can state that the pipeline is in a state of total disrepair and could not carry water from Underwood Canyon to private property in Section 12, Township 22 North Range 47 East.

5. The BLM established the Simpson Park Wilderness Study Area in 1980. The area where Mr. Wilson built his diversion structure in 1998 and the claimed original point of diversion are within the wilderness study area ("WSA") boundary.

6. The BLM has incurred costs and expenses as a result of Plaintiffs' unauthorized construction of a diversion structure. The United States incurred costs of $6,722.16 in management and staff time investigating and processing the trespass action (see Attachment 1).

7. In addition, the United States incurred costs of $21,178.48 in removing the structure Mr. Wilson installed, and in rehabilitating the site. This included a contract for $8,630 with Native Resources International for the Track Hoe, support vehicles and manpower to do the physical removal of the structure. The remainder of those costs are for employee and vehicle costs, meals on site, and materials to effect rehabilitation. As a part of that expense, the actual rehabilitation crew staff costs for time expended were $828.66 (see Attachments 2 and 3).

Total costs recorded to date are $27,900.64.

GAIL G. GIVENS

ATTACHMENT 1

The following is the list of people who have worked on the Underwood Canyon trespass case, N-66189, together with the hours each worked on the case through the end of pay period 2000-08.

| Name | Position | Hours | Rate/ hour | Total $ |
|---|---|---|---|---|
| Gerald Smith | Field Manager | 18 | $36.70 | 660.60 |
| Gail Givens | Assistant Field Manager, Nonrenewable Resources | 13 | $31.58 | 410.54 |
| Walt Brown | Geologist/Wilderness | 84 | $25.70 | 2,158.80 |
| Mary Craggett | Realty Specialist | 59 | $25.86 | 1,525.74 |
| Chuck Lahr | Realty specialist | 04 | $19.26 | 77.04 |
| Kathy Clossin | Ranger | 48 | $33.74 | 1619.52 |
| Robert Posey | Ranger | 08 | $33.74 | 269.92 |
| TOTAL | | | | $6,722.16 |

ATTACHMENT 2

# COST REIMBURSEMENT LOG

N-66189
Case Number: NV-060-428

Page 1 of 3

Violator Name: Dalton Wilson
Address:

Description: Underwood Dam Removal

| Date | Description | Costs |
|---|---|---|
| | **EQUIPMENT & MATERIALS** | |
| 9-26-00 to 9-27-00 | Contract #FGP000051 | $8,630.00 |
| 9-26-00 to 9-27-00 | Transport = I149535<br>63022 to 63425 = 403 miles @ $ .78/mile | $ 314.34 |
| 9-26-00 to 9-27-00 | Backhoe = I138592<br>1051 to 1052 = 1 hour @ $19.15/hr | $ 19.15 |
| 9-26-00 to 9-27-00 | Blue Flatbed = GSA 71-08252<br>47822 to 48162 = 340 miles @ $ .29/mile | $ 98.60 |
| 9-26-00 to 9-27-00 | Support Pickup = I266344<br>24058 to 24469 = 411 miles @ $ .31/mile | $ 127.41 |
| 9-26-00 to 9-27-00 | Support Explorer = I259066<br>28,021 to 28,403 = 382 miles @ $ .16/mile | $ 61.12 |
| 9-26-00 to 9-27-00 | Chevy Command Vehicle = I266784<br>6,409 to 6,818 = 409 miles @ $ .31/mile | $ 126.79 |
| 9-26-00 to 9-27-00 | Fire Truck #6941<br>250 miles @ $1.30/mile = | $ 325.00 |
| 9-26-00 to 9-27-00 | Ranger Vehicle #1 - #I266782<br>396 miles @ $.29/mile = | $ 114.84 |
| 9-26-00 to 9-27-00 | Ranger Vehicle #2 - Chevy Tahoe - I262068<br>704 miles @ .29/mile = | $ 204.16 |
| 9-26-00 to 9-27-00 | Special Agent Vehicle #1 = #I262342<br>684 miles @ $.21/mile | $ 143.64 |

| | | |
|---|---|---|
| 9-26-00 to 9-27-00 | Special Agent Vehicle #2 = Chevy Tahoe<br>402 miles @ $.29/mile | $ 116.58 |
| 9-26-00 to 9-27-00 | Port-O-Potty | $ 200.00 |
| 9-26-00 | Lunches & Dinners | $ 247.00 |
| 9-26-00 to 9-27-00 | Water<br>2 cases @ 32 bottles per case @ $33.60/case | $ 67.20 |
| 9-26-00 | Windshield for Support Pickup | $ 208.82 |
| 9-27-00 | Lunches | $ 112.50 |
| 9-28-00 | Fence<br>14 - 2" ID steel posts @ $13.02 ea $ 182.28<br>9 = 1.25" ID steel posts @ $7.19 ea $ 64.71<br>Nuts & bolts for steel corners 4 @ $51.75 $ 207.00<br>230 feet smooth wire @ $0.02/foot $ 4.60<br>690 feet barbed wire @ $0.03/foot $ 20.70<br>25 T-posts & clips @ $2.19 ea $ 54.75<br>Stays 25 @ $.20 ea = $ 5.00 | $ 539.04 |
| 9-28-00 | Vegetation Mats | $1,400.90 |
| 9-28-00 | Seed<br>Bluebunch wheatgrass = 10 lbs @ $6.40/lb = $ 64.00<br>Idaho fescue = 10 lbs @ $19.23/lb = $192.30<br>Indian ricegrass = 10 lbs @ 16.50/lb = $165.00<br>Sandberg bluegrass = 20 lbs @ 6.00/lb = $120.00 | $ 541.30 |
| | Total Equip.&Materials | $13,598.39 |
| | **LABOR** | |
| | Brown, Walt - Project Coordinator<br>GS-11/6 39.5 hours @ $23.39/hr = $923.91 | $ 923.91 |
| | DiSimone, James - Equipment Operator<br>WG-5/1 20 hours regular @ 13.02/hour = $260.40<br>8.5 hours overtime @ $19.53/hour = $166.01 | $ 426.41 |
| | Givens, Gail - Manager's Representative<br>GS-13/1 30 hours regular time @ $28.57/hr = $857.10 | $ 857.10 |

| | | |
|---|---|---|
| | Hamby, Jack - Operations Supervisor, Logistics<br>GS-11/4 16 hours regular - @ $22.05/hour = $352.80<br>8.5 hours overtime @ $27.36/hour = $232.56 | $ 585.36 |
| | Layton, Dave - Lead Equipment Operator<br>WG-10/5 26 hours @ $ 19.74/hour = $513.24 | $ 513.24 |
| | Pattison, Mike - Engine Foreman<br>GS 8/5 12 hours regular @ $17.00/hour = $204.00<br>13 hours overtime @ $25.50/hour = $331.50 | $ 535.50 |
| | Fireman #1 - w/glasses | no charge |
| | Fireman #2 - w/ear rings | no charge |
| | Buffi Howard - Dispatcher<br>GS-4/1 8 hours regular @ 9.77/hour = $78.16<br>2.5 hours overtime @ $14.66/hour = $36.65 | $ 114.81 |
| | Sandy Sherwood - Dispatcher<br>GS-7/5 16 hours regular @ $15.35/hour = $245.60<br>6.5 hours overtime @ $23.03/hour = $149.69 | $ 395.29 |
| | Pirtle, Mark - Special Agent<br>GS-12/5 30 hours @ 27.23 = $816.90 | $ 816.90 |
| | Posey, Bob - Special Agent<br>GS-12/4 16 hours @ $26.43/hour = $422.88 | $ 422.88 |
| | Wagers, William - Ranger<br>GS-11/6 15.5 hours @ $23.39/hour $362.55<br>Perdiem $155.72 | $ 518.27 |
| | Zuber, Stan - Ranger<br>GS-11/8 16 regular hours @ $24.72 = $395.52<br>9 overtime hours @ $27.36 = $246.24 | $ 641.76 |
| | Total Labor | $ 6,751.43 |
| | **GRAND TOTAL** | $20,349.82 |

ATTACHMENT 3

**Underwood Rehabilitation Crew Cost**

| Date | Job Description | Details | Cost |
|---|---|---|---|
| Xx/xx/00 | Project Planning: Field trip with Managers | Wildlife Management Biologist- Duane Crimmins<br>GS 11/10 6 hours @ 26.06/hr= $156.36 | $156.36 |
| 08/22/00 | Rehabilitation: Material Design, Order, Delivery & Storage | ECO Associate, Hydrologist- Jeremy Jarnecke<br>ECO 8 hours @ $14.07= $112.56 | $112.56 |
| | | Wildlife Management Biologist- Duane Crimmins<br>GS 11/10 4 hours @ 26.06/hr= $104.24 | $104.24 |
| 9/28/00 | Instillation of Vegetation Mats and Fence | ECO Associate, Hydrologist- Jeremy Jarnecke<br>ECO 12 hours @ $14.07= $168.84 | $168.84 |
| | | Wildlife Management Biologist- Duane Crimmins<br>GS 11/10 11 hours @ 26.06/hr= $286.66 | $286.66 |
| **Grand Total** | | | $828.66 |