# Defendant's Exhibit J

United States to Thomas Brackney | Elko 03164

U.S. LAND OFFICE, Elko, Nevada.

Filed Mar 1 24 at 9 O'clock AM

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Elko, Nevada, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Thomas Brackney has been established and duly consummated, in conformity to law, for the south half of the northwest quarter of Section twelve in Township twenty-two north of Range forty-seven east of the Mount Diablo Meridian, Nevada, containing eighty acres,

according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor-General:

NOW KNOW YE, That there is, therefore, granted by the United States unto the said claimant the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said claimant and to the heirs and assigns of the said claimant forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights, as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States.

IN TESTIMONY WHEREOF, I, Calvin Coolidge, President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Nineteenth day of February in the year of our Lord one thousand nine hundred and twenty-four and of the Independence of the United States the one hundred and forty-eight.

By the President: Calvin Coolidge

(SEAL) By Viola B. Pugh, Secretary.

M. P. LeRoy

Recorder of the General Land Office.

RECORDED: Patent Number 932407

Filed for record at the request of Thomas Brackney, May 26th, 1924 at 1:40 P. M.

File No. 11173

Bert Acree

Exhibit D