# Defendant's Exhibit K

LEASE AGREEMENT WITH OPTION TO PURCHASE

THIS LEASE AGREEMENT is made and entered into this 20 day of May, 1994, by and between DON BOWMAN, a married man dealing in his sole and separate property, of Churchill County, Nevada, hereinafter referred to as "LESSOR", and DALTON WILSON, an unmarried man, of Lander and Eureka Counties, Nevada, hereinafter referred to as "LESSEE".

R E C I T A L S:

1. LESSOR is fee title owner of a certain real property with water rights located in Lander and Eureka Counties, State of Nevada.

2. LESSOR desires to enter into a Lease with Option to Purchase with LESSEE.

3. LESSEE desires to enter into a Lease with Option to Purchase with LESSOR.

NOW, THEREFORE, the parties in consideration of the mutual terms and conditions hereinafter set forth, agree as follows:

1. LEASE AND DESCRIPTION OF PROPERTY:

LESSOR leases to LESSEE and LESSEE leases from LESSOR that certain real property and water rights located in Lander and Eureka Counties, State of Nevada, more particularly described as follows:

> All that certain real property situate in the Counties of Eureka and Lander, State of Nevada, described as follows:
>
> Parcel No. 1: Township 22 North, Range 48 East, M.D.B.&M., (Eureka County), Section 21: Northwest Quarter of the Southwest Quarter.

Parcel No. 2: Township 22 North, Range 47 East, M.D.B.&M., (Lander County), Section 12: South half of the Northwest Quarter.

Parcel No. 3: Township 22 North, Range 48 East, M.D.B.&M., (Lander County), Section 17: Northwest Quarter of the Southeast Quarter.

EXCEPTING FROM the above parcel an undivided one half interest in and to all petroleum, oil, natural gas or other hydro-carbon substances, and any and all other mineral, minerals, or mineral rights, in, upon, or under said lands owned or possessed by First Party, together with the right to enter on said land to prospect for, recover and remove the same, as reserved in the Deed from PETE ETCHEVERRY, a widower, to FILBERT ETCHEVERRY and MICHEL ETCHEVERRY, a Co-Partnership doing business under the firm name and style of EUREKA LIVESTOCK COMPANY, recorded April 30,1965, in Book 7 of Official Records, at Page 260, Lander County Records.

TOGETHER with all Trustor's right, title and interest in water rights in the Counties of Lander and Eureka, State of Nevada, based upon the following:

Application No. 4613, Certificate Record No. 1656, Book 6, Page 1656, more specifically described as follows:

> NW 1/4 of NE 1/4, Section 7, T. 22 N; Range 48 E., M.D.B.&M. or at a point which bears S. 30° 30' E., 1300 feet distant from N 1/2 Corner Section 7, same township and range.

AND

Application No. 4758, Certificate Record No. 1657, Book 6, Page 1657, more specifically described as follows:

> SW 1/4 of NE 1/4, Section 23, T. 22 N; Range 47 E., M.D.B.&M. or a point which bears S. 59° 20'-W., 8510 feet from E 1/4 Corner Section 13, same township and range.

2. TERM PAYMENTS:

This Lease shall be a term of two (2) years, commencing on the ____ day of ________, 1994, and ending at 12:00 midnight on the ____ day of ________, 1996.

3. LEASE AGREEMENTS:

LESSEE shall pay to LESSOR the sum of TWENTY-EIGHT THOUSAND, EIGHT HUNDRED DOLLARS ($28,800.00) for the total Lease term. Said amount shall be payable in monthly installments of ONE THOUSAND, TWO HUNDRED DOLLARS ($1,200.00) per month with the first monthly installment becoming due on the ____ day of ________, 1994, and each monthly installment thereafter becoming due on the ____ day of each month.

LESSEE shall pay a Late Penalty of ONE HUNDRED, TWENTY DOLLARS ($120.00) to LESSOR for any monthly installment which is received by LESSOR more than five (5) days after the due date.

4. OPTION TO PURCHASE:

LESSEE shall have the option to purchase the property leased herein and herein described. Said Option to Purchase shall be exercised by LESSEE notifying LESSOR of his intent to purchase in writing before the end of the term of this Lease.

LESSOR and LESSEE agree that the total purchase price shall be TWENTY-FIVE THOUSAND DOLLARS ($25,000.00).

LESSOR and LESSEE agree that ONE THOUSAND, FORTY-ONE AND 67/100th DOLLARS ($1,041.67) of each monthly rental installment paid by LESSEE to LESSOR may be applied towards the purchase price.

LESSEE shall have the option to pay LESSOR the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) prior to the end of the term of this Lease providing LESSOR shall receive interest on said TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) at the rate of TWELVE PER CENT (12%) per annum from the commencement of this Lease until the time of payoff together with an additional fee of FIVE HUNDRED DOLLARS ($500.00). The sum of ONE THOUSAND, FORTY-ONE DOLLARS and 67/100ths ($1,041.67) of each monthly rental payment shall be credited toward a principal reduction of the purchase price of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) until time of early exercise of Option to Purchase.

Said Option to Purchase shall only be exercised by LESSEE if LESSEE is not in Default of the terms of this Lease.

5. <u>SECURITY FOR PERFORMANCE OF LEASE</u>:

LESSEE shall assign by Quit Claim Deed or other transfer to LESSOR, all his right, title and interest in the following described water rights and grazing preferences as additional security for performance of this Lease:

> All of Grantor's right, title and interest in and to grazing privileges totalling 1462 AUM's being the allotment identified on the records of the Bureau of Land Management as the "Underwood Unit", situate in the Counties of EUREKA and LANDER, State of Nevada, based on the following:

<u>Water Base</u>:

> Brackney Place, T.22N.,R.47E., Sec. 12: S1/2 of the NW 1/4
> Underwood Spring, T.22N., R.48E., Sec. 17: NW1/4 of the SE 1/4
> Underwood Canyon, T.22N., R.48E., Sec. 21: NW1/4 of the SW 1/4
> Wood Canyon Spring and Cottonwood Spring

ALSO TOGETHER WITH all of Grantor's right, title and interest in and to all water, water rights and other rights or privileges used in conjunction with the above-described fee land and the land affected by the above-referenced grazing privileges, including, but not limited to water rights evidenced by the following described Certificates of Appropriation of Water:

Certificate No. 2049, Application No. 9058, Book 7, Page 2049, pertaining to waters appurtenant to and/or works of diversion in the East.

Certificate No. 1299, Application No. 7424, Book 5, Page 1299, described as: N.77° 10'E. 3913.6 ft. distant from 1/4 corner common to Sections 11 and 12, T. 21 N., R. 47E., or in SW1/4 of NE1/4, Sec. 12, T. 21 N., R. 47 E., M.D.B.&M, situate in the County of Lander, State of Nevada.

Certificate No. 1655, Application No. 7893, Book 6, Page 1655, described as: NW1/4 of SE1/4, Sec. 12., T. 22 N., R. 47 E., M.D.B.&M, or at a point which bears S. 66° 10' W., 2460 feet from E 1/4 corner section 12, same township and range, situate in the County of Lander, State of Nevada.

Certificate No. 2057, Application No. 8892, Book 7, Page 2057, described as: NE1/4 of NE1/4, Sec. 21., T. 22 N., R. 48 E., M.D.B.&M, or at a point which bears S. 53° 30' W., 1234 feet from NE1/4 corner of said Section 21, situate in the County of Eureka, State of Nevada.

Certificate No. 2049, Application No. 9058, Book 7, Page 2049, described as: NE1/4 of NW1/4, Sec. 30., T. 22 N., R. 48 E., M.D.B.&M, or at a point which bears S. 73° 17' W., 3780 feet from NE corner of said Section 30, situate in the County of Lander, State of Nevada.

Said Assignment or Quit Claim Deed shall be held in escrow by JAMES F. SLOAN, ESQ., Attorney at Law, 977 West Williams Avenue, Fallon, Nevada 89406.

In event LESSEE shall default in the performance of the terms of this Lease as set forth in Paragraph 10 of this Lease

pertaining to Default, said Attorney shall be authorized to release said Assignment or Quit Claim Deed to LESSOR.

LESSOR shall execute a Quit Claim Deed to LESSEE for said property described in this Lease to be held in escrow by JAMES F. SLOAN, ESQ, Attorney at Law. Said Deed shall only be released to LESSEE upon written instructions of LESSOR that LESSEE has fully performed the terms of this Lease and Option.

6. TAXES:

LESSEE, in addition to the lease payments herein, shall pay all real estate taxes and assessments. Said taxes and assessments shall be brought current within ten (10) days of execution of this Lease.

7. MAINTENANCE OF PROPERTY AND PRESERVATION OF ANY WATER RIGHTS OR GRAZING PREFERENCES:

LESSEE shall be responsible for maintenance and repair, at his own expense, of all corrals, barns, fences, watering facilities, drift fences and irrigation systems during the term of this Lease.

LESSEE shall pay all grazing fees for livestock which utilize BLM grazing preferences. LESSEE shall comply with BLM regulations and avoid any trespass violations which may jeopardize BLM grazing preferences.

LESSOR and LESSEE acknowledge that only the property described as an additional security in Paragraph No. 5 is base property for BLM grazing preference.

8. ASSIGNMENT AND SUBLEASE:

LESSEE shall not sublease or assign this Lease without written consent of LESSOR.

9. HOLD HARMLESS PROVISION:

LESSEE agrees to hold LESSOR harmless from any liability for any acts or conduct of the LESSEE and LESSEE'S agents, employees, business invitees and guests on said premises.

10. DEFAULT:

LESSEE and LESSOR shall have a period of thirty (30) days to cure any default by either party of the terms and conditions of this Lease Agreement. Said thirty (30) days period of time shall commence three (3) days after mailing of a written notice by non-defaulting party to defaulting party or on the day after personal delivery by either party of written notice of default.

In event either party shall not cure default within the thirty (30) days after commencement of the period to cure default, either party may terminate this Lease Agreement whereby it shall no longer have any force or effect.

11. WRITTEN NOTICE:

Written notice shall be delivered to the parties at the following addresses:

| LESSOR | LESSEE |
|---|---|
| DON BOWMAN<br>PO BOX 1024<br>Fallon, NV 89406 | DALTON WILSON<br>P. O. Box 165<br>Austin, NV 89310 |

12. BINDING EFFECT:

This Lease Agreement shall be binding upon the heirs,

executors, administrators, assigns and successors of the parties.

13. APPLICABLE LAW AND VENUE:

The law of the State of Nevada shall apply to this Lease Agreement and venue for any civil action shall be in Churchill County, Nevada.

IN WITNESS WHEREOF, the parties have executed this Agreement on the day year first above written.

LESSOR: Don Bowman
DON BOWMAN

LESSEE: Dalton Wilson
DALTON WILSON

STATE OF NEVADA )
: SS.
County of Churchill )

On the 20th day of May, 1994, personally appeared before me, a Notary Public, DALTON WILSON, personally known (or proved) to me to be the person whose name is subscribed to the above instrument, who acknowledged that he executed the instrument.

Connie Marie Sloan
NOTARY PUBLIC

CONNIE MARIE SLOAN
Notary Public - State of Nevada
Appointment Recorded in Churchill County
MY APPOINTMENT EXPIRES SEPT. 7, 1997

STATE OF NEVADA )
: SS.
County of Churchill )

On the 23 day of May, 1994, personally appeared before me, a Notary Public, DON BOWMAN, personally known (or proved) to me to be the person whose name is subscribed to the above instrument, who acknowledged that he executed the instrument.

Heather L. Stroup
NOTARY PUBLIC

HEATHER L. STROUP
Notary Public - State of Nevada
Appointment Recorded in Churchill County
MY APPOINTMENT EXPIRES SEPT. 7, 1997