# Defendant's Exhibit O

U.S. DISTRICT COURT DISTRICT OF NEVADA ENTERED SERVED SEP - 2 2003 CLERK, U.S. DISTRICT COURT BY DEPUTY

AO 450 (Rev. 5/85) Judgment in a Civil Case

RECEIVED U.S. ATTORNEY'S 1 09 PM '03

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA LAS VEGAS, NV

## JUDGMENT IN A CIVIL CASE

DON BOWMAN and
DALTON WILSON
v.
BRUCE BABBITT, in his official capacity as Secretary of the Interior, *et al.*

CASE NO. CV-N-00-506-HDM(RAM)

FILED 03 AUG 29 AM 10:55 LANCE S. WILSON CLERK BY DEPUTY

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendants' Motion for Summary Judgment is granted on the claims for relief under the Federal Tort Claims Act, the Administrative Procedures Act, Declaratory Judgment Act, 28 U.S.C. § 1331 and the United States Constitution. The defendants' Motion to Dismiss Plaintiff Dalton Wilson's Quiet Title Act Claim is granted. The oral motion to voluntarily dismiss the Counterclaim without prejudice is granted. This case is closed; each party to bear their own costs and fees.

August 29, 2003
Date

LANCE S. WILSON
Clerk
Bette Stewart
(By) Deputy Clerk

cc RF, SWM; Fax AC

61