# Defendant's Exhibit P

# United States Department of the Interior

## Bureau of Land Management

Battle Mountain Field Office
50 Bastian Road
Battle Mountain, Nevada 89820
(775) 635-4000 FAX (775) 635-4034


In Reply Refer to:
N-66189
NV-060-428
2800/8550/9232
(NV-063.7)

MAR 8 2000

**NOTICE OF TRESPASS**

**NOTICE TO CEASE AND DESIST**

**CERTIFIED MAIL** 7099 3220 0005 9369 9670
***Return Receipt Requested***

Mr. Dalton Wilson
P.O. Box 74
Austin, NV 89310

RECEIVED
MAR 10 2000
FIELD SOLICITOR
SALT LAKE CITY, UTAH

Dear Mr. Wilson:

You are hereby notified that the Bureau of Land Management has made an investigation and that evidence shows that you are in trespass. You have violated and continue to violate the law specified below and the regulations approved by the Secretary of the Interior pursuant to the authority vested in him by said law.

You stated in our meeting on January 27, 2000, and in previous conversations, that Don Bowman is the holder of the water rights affected by a recently-constructed diversion structure in Underwood Canyon, and that there is an agreement between you and Mr. Bowman regarding construction of the diversion structure. To date, neither you nor Mr. Bowman has provided BLM a copy of any such agreement.

You, by your own admission, have constructed a water diversion structure, using 19 heavy equipment tires as the main building material, in Underwood Canyon, in the Simpson Park Wilderness Study Area (WSA). The water diversion structure is located within the NE¼ of sec. 7, T. 22 N., R. 48 E., Mount

Diablo Meridian, Nevada. The structure is approximately 69 feet long. Approximately 0.13 acres of public land have been disturbed by construction of the structure.

Therefore, it is our opinion that you, Dalton Wilson, through your agreement with Don Bowman, owner of the water right, have:

- violated regulations at 43 CFR 2801.3 by constructing a water diversion structure, using 19 heavy equipment tires as the main building material, across the creek in Underwood Canyon, inside the Simpson Park Wilderness Study Area (WSA);

- violated the Bureau's Interim Management Policy For Lands Under Wilderness Review (IMP) mandated by Sec. 603 (c) of the Federal Land Policy and Management Act of 1976;

- violated laws including, but not limited to, the Federal Land Policy and Management Act of 1976 (43 U.S.C. 1701 et seq.) as well as the regulations implementing those laws.

on the following described public land:

Mount Diablo Meridian, Nevada
T. 22 N., R. 48 E.,
sec. 7, NE¼.

As a consequence of the act you are liable for the Fair Market Value rent of the public lands, rehabilitation and stabilization of the lands damaged by your act, and administrative costs incurred by the Bureau as a consequence of your act.

***You must permanently cease and desist from the violations charged.*** You are allowed ***30 days*** to arrange settlement of your trespass liability, or to present evidence that you are not a trespasser as we have alleged at the Battle Mountain Field Office, 50 Bastian Road, Battle Mountain, Nevada, 89820.

You stated in our meeting on January 27, 2000, that you do not require any Federal authorization, and that you plan to install a head gate on the water diversion structure and construct a pipeline from the head gate. You have stated previously that the pipeline would convey water to private and public land located near the mouth of Underwood Canyon, in sec. 12, T. 22 N., R. 47 E., MDM. You are hereby notified that such additional work would constitute willful trespass, which carries additional penalties.

Failure to comply with this notice and resolve your trespass liability may result in trespass penalties, as well as a citation for your appearance before a designated United States magistrate, who may impose a fine of not more than $1,000 or imprisonment of not more than 12 months, or both (43 CFR 9262.1).

Dated this 8th day of March, 2000.

Eldon L. Allison Jr.

Gail G. Givens acting

Assistant Field Manager, Nonrenewable Resources

Battle Mountain Field Office

cc: Western Farm Credit Bank
3636 American River Drive
Sacramento, CA 95864

State Engineer, NDWR

Nevada BLM State Director, NV 930

✓John Steiger, Solicitor