# Defendant's Exhibit S

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Battle Mountain Field Office
50 Bastian Road
Battle Mountain, Nevada 89820-1420
http://www.nv.blm.gov

TAKE PRIDE IN AMERICA

In Reply Refer To:
N-66189
2920
NV-063

JAN - 6 2006

**CERTIFIED MAIL: 7004 2890 0001 0859 2517**
**RETURN RECEIPT REQUESTED**

Dalton Wilson, President
Underwood Livestock, Inc.
P.O. Box 74
Austin, NV
89310

Dear Mr. Wilson:

On March 8, 2000, you were advised, by certified mail, that the United States of America, through the Bureau of Land Management, (BLM), had instituted trespass proceedings against you for the installation of an unauthorized water diversion structure in Underwood Canyon, within the Simpson Park Wilderness Study Area.

On April 10, 2000, you were sent by certified mail, a Trespass Decision and a bill in the amount of $6722.16 for administrative costs to process your trespass case. In that Decision you were given 30 days to make payment and arrange for removal of the structure or, in case of your failure to do so, it would be removed by the BLM.

Because no payment was received and you failed to remove the structure, it was subsequently removed by the BLM. The costs incurred by the BLM to remove the structure and rehabilitate the site were $20,349.82 and $828.66 respectively. Under the regulations found at 43 CFR 2801.3(b)(3), you are liable for these charges.

Payment of the charges totaling $27,900.64 on the accompanying Bill Summary is due within 15 days of your receipt of this letter. The BLM will begin charging interest at 2% per year and adding administrative charges to the unpaid balance unless other terms of payment are arranged.

In accordance with the Federal Claims Collection Act of 1966, as amended by the Debt Collection Act of 1982, if we do not receive payment, we may send this account to the Department of the Treasury. They will refer the account to collection agencies and credit reporting bureaus or possibly perform a salary administration offset. The debt may also be sent

to the Internal Revenue Service for inclusion as income to you on form 1099C, or offset from your tax refund.

If you believe the BLM has billed you in error, you may request a review. Please send a detailed explanation to the BLM office on this letterhead. You have the right to inspect and copy government records relating to your debt, other than investigative, security, and Privacy Act files.

Payments can be made by check, money order, or credit card. You may also use Visa or MasterCard debit cards. Make checks or money orders payable to the Department of Interior/BLM and send to the letterhead address above. To pay by credit card, please call (775) 635-4000.

Questions may be directed to Chuck Lane, Realty Specialist at (775) 635-4168.

Thomas J. Seley

Thomas J. Seley
Assistant Field Manager
Nonrenewable Resources

2 Enclosures
1. Bill for Collection (2p)

# Bill Summary

Bill Number: **2006017547**
Date of Bill: **01/06/2006**
Due Date: **02/05/2006**

**United States Department of the Interior**
**BUREAU OF LAND MANAGEMENT**
**BATTLE MOUNTAIN FIELD OFFICE**
**50 BASTIAN RD.**
**BATTLE MOUNTAIN, NV 89820**
**(775)635-4000**

Customer: **DALTON WILSON**
**P.O. BOX 74**
**AUSTIN, NV 89310**

| Description | Amount | Late Fee | Interest | Penalty | AdminFee | Total |
|---|---|---|---|---|---|---|
| UNPAID BILL FOR COLLECTION #A446112 FROM APRIL 10, 2000 | $6,722.16 | $0.00 | $0.00 | $0.00 | $0.00 | $6,722.16 |
| REMOVAL OF UNAUTHORIZED WATER IMPOUNDMENT STRUCTURE | $20,349.82 | $0.00 | $0.00 | $0.00 | $0.00 | $20,349.82 |
| SITE REHABILITATION | $828.66 | $0.00 | $0.00 | $0.00 | $0.00 | $828.66 |
| ADJUSTMENTS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PAYMENTS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $27,900.64 | $0.00 | $0.00 | $0.00 | $0.00 | $27,900.64 |

**Total Amount Due: $27,900.64**

Payment can be made by cash, check, money order or credit card. We accept Visa, Mastercard, Discover, and American Express. If paying by phone, please call the office number listed above. Checks should be made payable to DOI/BLM and sent to the address listed above.

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

# Bill for Collection

**Bill Number:** 2006017547

**Date:** 01/06/2006

**Make Remittance Payable To *DOI/BLM* and Mail To:**
BATTLE MOUNTAIN FIELD OFFICE
50 BASTIAN RD.
BATTLE MOUNTAIN, NV 89820
(775)635-4000

**Please include bill number on all remittances.**

**Payor:** DALTON WILSON
P.O. BOX 74
AUSTIN, NV 89310

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | UNPAID BILL FOR COLLECTION #A446112 FROM APRIL 10, 2000<br>**REF NO:** NVN 066189 | $6,722.16 |
| | REMOVAL OF UNAUTHORIZED WATER IMPOUNDMENT STRUCTURE<br>**REF NO:** NVN 066189 | $20,349.82 |
| | SITE REHABILITATION<br>**REF NO:** NVN 066189 | $828.66 |

BLM CONTACT: CHUCK LANE, (775)635-4000

**AMOUNT DUE THIS BILL:** $27,900.64

**DATE DUE:** 02/05/2006

- Interest will be assessed at the rate of 2% per year if full payment is not made.
- See attached Notice of Actions in Event of Delinquency.
- Payment can be made by cash, check, money order or credit card. We accept Visa, Mastercard, Discover, and American Express. If paying by phone, please call the office number listed above.
- If the above name and address is incorrect, please contact the BLM office listed above.

This Bill was generated by the automated BLM Collections and Billings System and is a paper representation of a portion of the official electronic record contained therein.