IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNDERWOOD LIVESTOCK, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-162 L<br>Judge Mary Ellen Coster Williams |

**MOTION TO ENLARGE TIME TO FILE RESPONSE TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, through its attorney undersigned, moves this Court to enlarge the time to respond to the United States' Motion for Summary Judgment to and including June 15, 2006. Initially, counsel was unable to download the document served through the ECF, and had to request the U.S. Attorney's Office to forward another set of documents. This was received on May 16, 2006 via email. This is plaintiff's first request to enlarge time to file this response.

Dated: June 8, 2006.

/s/ Martin Crowley
MARTIN CROWLEY
American Legal Services
85 South LaVerne Street
Fallon, Nevada 89406
(775) 423-7088
Attorney of Record for Plaintiff