# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: June 9, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**UNDERWOOD LIVESTOCK, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

---

On June 9, 2006, Plaintiff filed a motion for enlargement of time, to and including **June 15, 2006**, within which to respond to Defendant's motion for summary judgment. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**