# ADDENDUM TO LEASE AGREEMENT

THIS ADDENDUM, to the lease agreement of May 20,1994, between DON BOWMAN and DALTON WILSON, declares that UNDERWOOD LIVESTOCK, a Nevada corporation, is hereby bound to the terms of said lease agreement. This addendum is made and entered into this third day of April 3, 1995.

[signature]
UNDERWOOD LIVESTOCK
DALTON WILSON, President

[signature]
Witness

EXHIBIT A

REAL ESTATE . . . LIVESTOCK . . . AUCTIONS . . . ADVERTISING

**DON BOWMAN**
~~1000 AUCTION ROAD~~ 2040 Reno Hwy
FALLON, NEVADA 89406
702/~~423-6086~~ 423-6197

May 23, 1995

Dalton,

If you will pay $4218.00 for interest and my out of pocket expenses by June 1, 1995, I will renew the lease on the same terms as before for a period of 1 year.

Don Bowman

EXHIBIT B

**JAMES F. SLOAN**
ATTORNEY AT LAW

November 12, 1997

Dalton Wilson, President
Underwood Livestock, Inc.
Post Office Box 165
Austin, NV 89310

Don Bowman
Post Office Box 1024
Fallon, NV 89407

**Re: Underwood Livestock, Inc./Bowman**
**Our File No. 12373**

Dear Dalton and Don:

Enclosed is a copy of the Deed of Trust which was changed to reflect the pledge of water and possessory grazing rights by Underwood Livestock. I have also enclosed a copy of a Quitclaim Deed which was prepared for that purpose.

After reviewing all of the documents associated with the purchase of the real property, please contact the office to schedule a time to come into the office to sign the documents.

I shall await your response.

Yours sincerely,

JAMES F. SLOAN, ESQ.

JFS:rwc

Encl:

EXHIBIT C

977 WEST WILLIAMS AVENUE FALLON, NEVADA 89406 TELEPHONE (702) 423-3006 FAX (702) 423-1066

05/05/2005 08:44 7756871393 NDWR PAGE 01

KENNY C. GUINN
Governor

ALLEN BIAGGI
Director

HUGH RICCI, P.E.
State Engineer

STATE OF NEVADA

DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES
**DIVISION OF WATER RESOURCES**
123 W. Nye Lane, Suite 246
Carson City, Nevada 89706-0818
(775) 687-4380 • Fax (775) 687-6972
http://water.nv.gov

# FACSIMILE TRANSMISSION

TO: RAY WILLIAMS

DATE: 5 MAY 05

FACSIMILE NO.: 775-964-2301

FROM: H. REED

COMMENTS:

COPY APPLICATION 67191

NUMBER OF PAGES: 4 (INCLUDING COVER PAGE)

PERSON SENDING FACSIMILE: H. REED

IF NOT PROPERLY RECEIVED, PLEASE CALL (775) 687-4380 EXT 4

(NSPO Rev. 9-04)

EXHIBIT D

ORIGINAL

Serial No. 67191

# APPLICATION FOR PERMIT TO APPROPRIATE THE PUBLIC WATERS OF THE STATE OF NEVADA

THIS SPACE FOR OFFICE USE ONLY

Date of filing in State Engineer's Office FEB 05 2001

Returned to applicant for correction MAR 01 2001

Corrected application filed JUN 29 2001 Map filed JUN 29 2001

The applicant U.S. Bureau of Land Management

50 Bastian Road
Street and No. or P.O. Box No.

of Battle Mountain
City and Town

Nevada 89320
State and Zip Code No.

hereby make.... application for permission to appropriate the public waters of the State of Nevada, as hereinafter stated. (If applicant is a corporation, give date and place of incorporation; if a copartnership or association give names of members.)

Is applicant a U.S. citizen? Yes ☐ No ☐ Not Applicable

Is applicant 21 years of age or older? Yes ☐ No ☐ Not Applicable

NRS 533.325 requires that applicant be a citizen of the United States or have legally declared their intention to become a citizen, and that they be 21 years of age or older.

1. The source of the proposed appropriation is Unnamed Stream, Underwood Canyon
Name of stream, lake, spring, underground or other source.

2. The amount of water applied for is 2.0 cfs
One second foot equals 448.83 gallons per minute. second feet.

   (a) If stored in reservoir give number of acre-feet

3. The water to be used for Recreation and Wildlife
Irrigation, power, mining, commercial, domestic or other use. Must limit to one major use.

4. If use is for:

   (a) Irrigation, state number of acres to be irrigated

   (b) Stockwater, state number and kind of animals

   (c) Other use (describe fully under "No. 12. Remarks") Instream Flow

   (d) Power:

      (1) Horsepower developed

      (2) Point of return of water to stream

5. The water is to be diverted from its source at the following point. ................................................................................................................
Describe as being within a 40-acre subdivision of public survey, and by course and distance to a section corner. If on unsurveyed land, it should be so stated.

6. Place of use........ See Attachment A
Describe by legal subdivision. If on unsurveyed land, it should be so stated.

7. Use will begin about... January 1 ...and end about... December 31 ...of each year.
Month and Day / Month and Day

8. Description of proposed works (Under the provisions of NRS 535.010 you may be required to submit plans and specifications of your diversion or storage works.)... Natural channel
State manner in which water is to be diverted, i.e. diversion structure, ditches and flumes, drilled well with pump and motor, etc.

9. Estimated cost of works........ None

10. Estimated time required to construct works....... Not Applicable
If well completed, describe works.

11. Estimated time required to complete the application of water to beneficial use...... 1 year from date of submission

12. Remarks: For use other than irrigation or stock watering, state number and type of units to be served or annual consumptive use.

Underwood Canyon is in the Simpson Park Wilderness Study Area (WSA). BLM is seeking in situ water rights for recreation and wildlife purposes to meet the 1986 Shoshone-Eureka Resource Management Plan objectives for wilderness designation, wildlife habitat management, riparian and aquatic habitat and recreation. Recreation and wildlife are beneficial uses allowed under NRS 533.030.

STATE ENGINEERS OFFICE
01 FEB -5 PM 1:58
RECEIVED

TELEPHONE NUMBER
(775) 635-4000

By [signature] (Gerald M Smith)
Signature, applicant or agent
50 Bastian Road
Street and No., or P.O. Box No.
Battle Mountain, NV 89820
City, State, Zip Code No.

APPLICATION MUST BE SIGNED BY THE APPLICANT OR AGENT

**$250 FILING FEE MUST ACCOMPANY APPLICATION**

(Rev. ...)

Attachment A

Beginning at a point on public lands and described in its legal subdivision from a 1917 U.S.G.L.O. survey of T. 22 N., R 48 E. MDM, in the SE¼, SE¼, Sec. 17, referred to as the place of use and point of beginning; which bears (*to be determined*) at a distance of (*to be determined*) feet from the North 1/16 center line of Sec. 12, T. 22 N., R. 47 E., MDM. Then continues down gradient in Underwood Canyon with its meanders in a northwesterly direction until it reaches a point on private land which bears (*to be determined*) at a distance of (*to be determined*) feet from the North 1/16 center line of Sec. 12, T. 22 N., R. 47 E., MDM. The waters again enter public lands in the SE¼, NW¼, Sec 17, T. 22 N., R. 48 E., MDM at a point which bears (*to be determined*) at a distance of (*to be determined*) feet from the North 1/16 center line of Sec. 12, T. 22 N., R. 47 E., MDM and meanders in a northwesterly direction through the sectional subdivisions and places of use of the SW¼, NW¼, and the NW¼, NW¼, of Sec.17, then through the subdivisions of the SW¼, SW¼, and the NW¼, SW¼ of Section 8; then through the subdivisions of the NE¼, SE¼, the SE¼, NE¼, the SW¼, NE¼, the NW¼, NE¼ and the NE¼, NW¼ of section 7; then through the SW¼, SW¼, subdivision of Section 6. The stream begins to flow in a southwesterly direction and described in its legal subdivision from a 1984 Cadastral survey of T. 22 N, R 47 E. MDM as it flows through the subdivisions and places of use of the SE¼, SE¼, and the SW¼, SE¼, in Sec 1; then through the subdivision of the NW¼, NW¼, of Section 12, to the point of ending in the SW¼, NE¼ of Section 12 which bears (*to be determined*) at a distance of (*to be determined*) feet from the North 1/16 center line of Sec. 12, T. 22 N., R. 47 E., MDM.