# ADDENDUM TO LEASE AGREEMENT

THIS ADDENDUM, to the lease agreement of May 20,1994, between DON BOWMAN and DALTON WILSON, declares that UNDERWOOD LIVESTOCK, a Nevada corporation, is hereby bound to the terms of said lease agreement. This addendum is made and entered into this third day of April 3, 1995.

UNDERWOOD LIVESTOCK
DALTON WILSON, President

Witness

EXHIBIT A

REAL ESTATE . . . LIVESTOCK . . . AUCTIONS . . . ADVERTISING

**DON BOWMAN**
~~1000 AUCTION ROAD~~ 2040 Reno Hwy
FALLON, NEVADA 89406
702/~~423-6086~~ 423-6197

May 23, 1995

Dalton,

If you will pay $4218.00 for interest and my out of pocket expenses by June 1, 1995, I will renew the lease on the same terms as before for a period of 1 year.

Don Bowman

EXHIBIT B

JAMES F. SLOAN
ATTORNEY AT LAW

November 12, 1997

Dalton Wilson, President
Underwood Livestock, Inc.
Post Office Box 165
Austin, NV 89310

Don Bowman
Post Office Box 1024
Fallon, NV 89407

**Re: Underwood Livestock, Inc./Bowman
Our File No. 12373**

Dear Dalton and Don:

Enclosed is a copy of the Deed of Trust which was changed to reflect the pledge of water and possessory grazing rights by Underwood Livestock. I have also enclosed a copy of a Quitclaim Deed which was prepared for that purpose.

After reviewing all of the documents associated with the purchase of the real property, please contact the office to schedule a time to come into the office to sign the documents.

I shall await your response.

Yours sincerely,

JAMES F. SLOAN, ESQ.

JFS:rwc

Encl:

EXHIBIT C

977 WEST WILLIAMS AVENUE FALLON, NEVADA 89406 TELEPHONE (702) 423-3006 FAX (702) 423-1066