# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: July 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**UNDERWOOD LIVESTOCK, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court conducted a telephonic status conference on July 5, 2006. As a result of the representations of the parties, the Court orders the following:

1. **July 17, 2006** — Plaintiff shall file supplemental briefing on the issues the Court raised with the parties including standing, the precise date on which Underwood Livestock acquired the property at issue, and the pertinent regulations in effect in 2000.

2. **August 15, 2006** — Defendant will file its reply to Plaintiff's supplemental briefing and its reply to Plaintiff's response to its motion for summary judgment, in lieu of filing the latter response on July 5, 2006.

3. **August 29, 2006 at 4:00 pm ET** — The Court will conduct oral argument on the pending motions via telephone. The court will initiate the call, and the proceedings will be transcribed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**