AMERICAN LEGAL SERVICES
Martin G. Crowley, Esq.
Nevada State Bar No. 3049
85 South LaVerne Street
Fallon, Nevada 89406
775-423-7088
Attorney for Plaintiff
email: AmericanLegal@gmail.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-162 L<br>Judge Mary Ellen Coster Williams |

**MOTION TO ENLARGE TIME TO FILE SUPPLEMENTAL RESPONSE TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, through its attorney undersigned, moves this Court to enlarge the time to file its Supplemental Response to the United States' Motion for Summary Judgment to and including July 24, 2006.

The Court in a Status Hearing conducted July 5, 2006, directed that Plaintiff shall have until July 17, 2006 to file a supplemental response that addressed three areas of concern. This was followed by an Order filed July 6, 2006.

On July 12, 2006, the Supplemental Response was prepared for filing. Inadvertently, said document was not submitted through the CM/ECF system. Through an error in counsel's office, the document was placed in the file without 'uploading' and it was believed that such had been done already. When the error was noticed, the filing was uploaded through the ECF system immediately.

This is plaintiff's first request to enlarge time to file this supplemental response.

Dated: July 24, 2006.

/s/ Martin Crowley
MARTIN CROWLEY