# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: July 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

---

On July 24, 2006, Plaintiff filed a motion for enlargement of time, to and including **July 24, 2006**, within which to file its Supplemental Response to Defendant's motion for summary judgment which was due on July 17, 2006. Good cause having been shown, this motion is **GRANTED** nunc pro tunc. The Clerk is directed to accept for filing Plaintiff's Supplemental Response to Defendant's Motion for Summary Judgment.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**