# Defendant's Exhibit T

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, | ) | No. 05-162L |
| v. | ) | Judge Mary Ellen Coster Williams |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES AND PRODUCTION OF DOUCMENTS**

Plaintiff hereby responds to the above discovery reequests by providing the following answers to Requests for Admissions, answers to Interrogatories and accompanying set of documents.

**Interrogatory 6:**

Please identify all right-of-ways and/or easements on public land for which you claim a legal entitlement, and describe the means by which you allegedly acquired such rights-of-ways and/or easements.

**Response:** The rights of way claimed are those which are defined by Mining Act of 1866 and through the lease and purchase agreement with Don Bowman.

**Interrogatory 7:**

Please describe in detail the Lease Agreement between Don Bowman and Dalton Wilson and/or Underwood Livestock. Please include in your response the date the lease was executed, the expiration of the lease, if any, any amendments or extensions of time for the lease, whether the extensions of time were oral or written, the property that is the subject of the lease agreement, and the amount of money paid by Mr. Wilson and/or Underwood Livestock pursuant to the Lease Agreement by year.

**Response:** A full explanation and answer to this question is described in the declaration of Don Bowman found in Exhibit C attached to these interrogatories.

MICHAEL F. MACKEDON
State Bar No. 2388
MACKEDON, McCORMICK & KING
A Professional Corporation
179 S. LaVerne Street
P.O. Box 1203
Fallon, Nevada 89407
775-423-2106

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DON BOWMAN and DALTON WILSON )

Plaintiffs, )

v. )

BRUCE BABBITT, in his official Capacity as the Secretary of Interior; BUREAU OF LAND MANAGEMENT; GERALD M. SMITH, In his official capacity as Field Manager of the Battle Mountain Field Office, )

Defendants. )

CV-N-00-0506-HDM-RAM

**DECLARATION OF DON BOWMAN**

Pursuant to 28 U.S.C. § 1746, and under pain and penalty of perjury, I Don Bowman declare as follows:

1. I purchased the real property which is the subject matter of the dispute in this case together with the water rights and appurtenant easements from Western Farm Credit Bank in 1994.

2. I immediately transferred the property to Dalton Wilson through a lease purchase agreement fulfilling my total reason for original purchase.

3. I applied to the Nevada Department of Water Resources, State Engineer's Office to report the conveyance and change ownership of the appurtenant water right from Western Farm Credit Bank into my name to facilitate the subsequent transfer of the water right to Wilson.

4. The report of conveyance has not yet been entered in the records of the Nevada State Engineer but the water right has in fact been transferred to Dalton Wilson.

5. Dalton Wilson has since fulfilled all his obligations on our contract and the property and water right have been completely transferred to his control as of May, 2002.

DATED: This 27th day of September, 2002.

[signature]
DON BOWMAN

STATE OF NEVADA )
:ss.
County of Churchill )

DON BOWMAN being first duly sworn according to law, depcses and says:

:EDON, McCORMICK & KING
fessional Corporation
So. LaVerne Street
P.O. Box 1203
:n. NV 89407-1203
.775) 423-2106

That he is the declarent herein and that the foregoing declaration is his own; and that he knows the contents thereof and that the declarations made are of his own knowledge except for those matters therein stated on belief and as to those matters he is informed and believes them to be true.

Don Bowman
DON BOWMAN

STATE OF NEVADA )
:ss.
County of Churchill)

STATE OF NEVADA )
: ss.
County of Churchill )

On this 27th day of September, 2002, personally appeared before me, a Notary Public, in and for the county and state aforesaid, DON BOWMAN, known to me or who proved to me to be the person, described in and who executed the above and foregoing instrument; who acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above-written.

MARY PAT CHURCH
Notary Public - State of Nevada
Appointment Recorded in County of Churchill
00-60139-4 My Appointment Expires Jan. 11, 2004

Mary Pat Church - [signature]
Notary Public

[ ]EDON, McCORMICK & KING
[ ]fessional Corporation
[ ] So. LaVerne Street
P.O. Box 1203
[ ]on, NV 89407-1203
(775) 423-2106

**REQUEST FOR PRODUCTION OF DOCUMENTS**

1. All documents relating to title and/or ownership of the Brackney Property.

2. All documents relating to title and/or ownership of water rights described in Certificate 1656.

3. All documents filed by Plaintiff with any state or federal agency regarding the alleged water rights described in Certificate 1656.

4. All documents relating to the transfer and/or change in ownership of Certificate 1656.

5. All documents supporting Plaintiff's claim for just compensation in the First Amended Complaint.

6. All documents relating to any claimed rights-of-way or easements located on federal lands related to Certificate 1656.

7. All documents supporting Plaintiff's claims regarding a taking of its property interests, including water rights.

8. All appraisals concerning the property you allege has been taken by Defendant.

9. All sale agreements, contracts, or other legal instruments concerning the sale, purchase, and/or lease of the Brackney Property, or any portion thereof, and/or Certificate 1656.

10. All photographs relating to any claims made by Plaintiff in its First Amended Complaint.

11. All documents relating to Plaintiff's claims in its First Amended Complaint.

# PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Exhibit 1, attached hereto, satisfies Requests for Production of Documents, 1 through 4 relating to titles and ownership of property and water rights.

Exhibit 2, attached hereto, is a copy of Nevada Agricultural Statistics for 2000 to 2004 and 1995 to 1999 illustrating sales prices for steers and heifers and hay prices for the same years.

Exhibit 3 is a copy of water certificate 1656 which is used to comply with Request # 6.

Exhibit 4 is a copy of water certificate 1656 which is what was taken as well as the profits therefrom which complies with Request #7.

There are no documents which exist to enable me to comply with Request #8.

There are no sale agreements, contracts, or other legal documents as requested by Request #9.

Attached as Exibit 5 are two color photographs attached which pertain to the fence and the removal of the diversion structure thereby satisfying Request #10.

With regard to Request #11, in addition to the documents supplied herein, please review all of the documents mailed via U.S. Express Mail on January 26, 2006 from plaintiff to defendant in Plaintiff's First Request for Admissions which have also been relied upon by plaintiff for this claim.