# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: August 29, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On August 29, 2006, the Court held oral argument on the parties' cross motions for summary judgment. As a result of the representations of the parties, the Court orders the following:

1. **September 22, 2006** — Plaintiff shall file supplemental evidence and briefing on the issues the Court raised during oral argument.

2. **October 13, 2006** — Defendant will file its reply to Plaintiff's supplemental evidence and briefing.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**