# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: April 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**UNDERWOOD LIVESTOCK, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER DIRECTING SUPPLEMENTATION OF THE RECORD

---

Presently before the Court are the parties' motions for summary judgment. This Court requires clarification of the reason(s) why the United States District Court for the District of Nevada granted defendants' motion for summary judgment in Don Bowman and Dalton Wilson v. Babbitt, No. CV-N-00-506-HDM. For example, this Court cannot determine the basis for the District Court's entry of summary judgment for defendants under the Administrative Procedure Act or whether the District Court reviewed the decision of the Interior Board of Land Appeals in Dalton Wilson, Don Bowman, 156 IBLA 89 (2001). Accordingly, the Court ORDERS the Defendant to file, no later than **May 17, 2007**, the transcript of the January 15, 2003 telephonic hearing in Don Bowman and Dalton Wilson v. Babbitt, No. CV-N-00-506-HDM, during which the District Court granted in part the Government's motion for summary judgment.

In addition, each party shall supplement the record by filing, no later than **June 1, 2007**, such further portions of the record in the above-referenced District Court proceeding that, in its view, clarifies the basis for the District Court's decision. In addition, each party may file, by **June 1, 2007**, supplemental briefing addressing how the District Court's decision impacts the present proceeding.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**