AMERICAN LEGAL SERVICES
Martin G. Crowley, Esq.
Nevada State Bar No. 3049
85 South LaVerne Street
Fallon, Nevada 89406
775-423-7088
Attorney for Plaintiff
email: AmericanLegal@gmail.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-162 L<br>Judge Mary Ellen Coster Williams |

**MOTION TO ENLARGE TIME TO FILE SUPPLEMENTAL DOCUMENTS OR BRIEFING**

Plaintiff, through its attorney undersigned, moves this Court to enlarge the time to file its Supplemental Response pursuant to this Court's Order (Dkt #40) to and including June 22, 2007.

The Court has ordered the parties to provide supplemental documents and briefing by June 1, 2007. Due to the recent passing of the undersigned counsel's legal assistant, Mr. Depaoli, who has been managing the documents, plaintiff and counsel will need more time to review the records and determine what, if any further briefing is needed.

This is plaintiff's first request to enlarge time to file this supplemental response.

Dated: June 1, 2007.

/s/ Martin Crowley
MARTIN CROWLEY

Service through court ECF system to:
KATHLEEN L. DOSTER
United States Department of Justice