# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: September 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER SCHEDULING STATUS CONFERENCE

The Court ORDERS that a status conference will be held on **Monday September 17, 2007, at 2 pm, EST**, in this case. Counsel are requested to call Ms. Trudy Black at (202) 357-6660, no later than close of business, September 14, 2007, and provide her a telephone number where the Court may reach them the day of the status conference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**