# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: September 18, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER ON FURTHER PROCEEDINGS

---

On September 17, 2007, the Court held a status conference in this case. The Court ORDERED that Plaintiff file a status report, no later than **October 30, 2007**, relating whether it or Mr. Wilson or Mr. Bowman has sought or plans to seek judicial review, pursuant to the Administrative Procedure Act, of the decision of the Interior Board of Land Appeals (IBLA) in Dalton Wilson, Don Bowman, 156 IBLA 89 (2001) in district court. The Court also scheduled a telephonic status conference on **November 14, 2007, at 3 p.m. ET** to discuss future proceedings.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**