IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-162 L<br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's Order and Stay Decision of November 29, 2007 (Dkt #49), the Plaintiff reports that a Complaint for Judicial Review was filed in the United States District Court for the District of Nevada concerning the IBLA decision regarding Don Bowman and Dalton Wilson. A copy of the Docket of that proceeding is attached hereto.

Dated this Dec 22, 2007

Respectfully submitted,

/s/ Martin Crowley

MARTIN CROWLEY
American Legal Services
85 South LaVerne Street
Fallon, Nevada 89406
(775) 423-7088
Counsel for Plaintiff

*Delivery to counsel through the Court's ECF filing system.*