**United States District Court**
**District of Nevada (Reno)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00612-HDM-RAM**

Wilson v. United States Department Of Interior
Assigned to: Judge Howard D. McKibben
Referred to: Magistrate Judge Robert A. McQuaid, Jr
Cause: 28:1331 Fed. Question

Date Filed: 12/14/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Dalton Wilson**

represented by **Martin G. Crowley**
American Legal Services
237 S. Sierra Street
Reno, NV 89501
775-786-5297
Fax: 775-332-3013
Email: AmericanLegal@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Bowman**

represented by **Martin G. Crowley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Secretary United States Department Of Interior**

**Defendant**

**Bureau Of Land Management**

**Defendant**

**State Director Of Bureau of Land Management**

**Defendant**

**District Manager Bureau Of Land Management**

**Defendant**

**Asst. Field Manager Gail G. Givens**
*Resource Area Asst. Field Manager for Bureau of Land Management*

**Defendant**

**Battle Mountain Bureau Of Land Management**
*Battle Mountain Field Office*

**Defendant**

**Field Manager Gerald Smith**
*Bureau of Land Management Field Office*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2007 | 1 | COMPLAINT *for Judicial Review and Declaratory Judgment* against Bureau Of Land Management, United States Department Of Interior (Filing fee $ 350 receipt number 749371), filed by Dalton Wilson, Don Bowman. Certificate of Interested Parties due by 12/24/2007. Proof of service due by 4/12/2008. (Attachments: # 1 Summons)(Crowley, Martin) Additional attachment(s) added on 12/14/2007 (3) Complaint (PDF) attached (Gorbet, Brenda). Modified on 12/14/2007 (Gorbet, Brenda). Modified on 12/17/2007 to refelect **Issued Summons on 12/17/07** (Ogden, Katie). (Entered: 12/14/2007) |
| 12/14/2007 | 2 | CERTIFICATE of Interested Parties by Plaintiffs Dalton Wilson, Don Bowman. There are no known interested parties other than those participating in the case. (Crowley, Martin) (Entered: 12/14/2007) |
| 12/14/2007 | 3 | ERRATA to 1 Complaint, ; filed by Plaintiffs Dalton Wilson, Don Bowman. (Attachments: # 1 Exhibit Ex A# 2 Exhibit Ex B# 3 Exhibit Ex C)(Crowley, Martin) (Entered: 12/14/2007) |
| 12/14/2007 | | Case assigned to District Judge Howard D. McKibben and Magistrate Judge Robert A. McQuaid, Jr. (WJ) (Entered: 12/14/2007) |