# In the United States Court of Federal Claims

**No. 05-162L**
**(Filed: December 27, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNDERWOOD LIVESTOCK, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER ON FURTHER PROCEEDINGS**

---

The Court has received Plaintiff's status report, dated December 22, 2007. Plaintiff is hereby ORDERED to file, every **180 days** from the date of this order, a status report informing the Court of the status of the ongoing case of Wilson v. Sec'y of U.S. Dep't of Interior, No. 07-612, (D. Nev. filed Dec. 14, 2007). Plaintiff is also ORDERED to file a joint status report informing the Court of the final disposition of the above-referenced proceeding no later than **30 days** after its conclusion.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**