IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNDERWOOD LIVESTOCK, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-162 L<br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S STATUS REPORT JUNE 2008**

Pursuant to this Court's Order on Further Proceedings of December 27, 2007 (Dkt #52), the Plaintiff reports that a Motion to Dismiss was filed by the defendants in the United States District Court for the District of Nevada in case 07-cv-00612 on May 15, 2008. Plaintiffs will file their opposition by June 23, 2008.

Dated this Jun 17, 2008

Respectfully submitted,

/s/ Martin Crowley

MARTIN CROWLEY
American Legal Services
85 South LaVerne Street
Fallon, Nevada 89406
(775) 423-7088
Counsel for Plaintiff

*Delivery to counsel through the Court's ECF filing system.*